Page 1

2:16 CR-20291-001

UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                    Plaintiff,

                              CRIM NO. 16-cr-20291

                    HON. NANCY G. EDMUNDS

V.
D-1 ISSAC JAMES HARGROVE,
               Defendant.

_____

   Issac J. Hargrove's  Emergency
Motion For Compassionate Release.

   COVID-19's devastation is unrelenting at
the Bureau of Prison (B.O.P.) The infection
rates within the B.O.P. are greater than
in the general public.
   COVID-19 is an acute respiratory disease
that could lead to respiratory failure and
"death."
      Over five thousand federal inmates (5000)
have contracted the illness, and at least 66 have
"died" from complications due to COVID-19.
The Virus continues to sweep through the
B.O.P and this putss my "Life" at Risk.  →

Page 2

2:16 CR-20291-001

I have enclosed in part <u>records</u> of my pre-existing medical condotions, they put me at a particular high risk.  If I was to Contract the Virus it could be deadly for me.

I understand the Compassionate release Standard, In December 2018, the First Step Act amended 18 U.S.C. 3582 (c) (1) (A) (i) permits Sentencing Judges to Consider a defense Motion for reduction of Sentince based on "extraordinary and Compelling reasons"

After the defendant has fully exhausted all administrative rights failure of the B.O.P. to bring a motion on my-behalf or the lapse of 30 days from the receipt of Such a request by the Warden at the facility I am in, whichever is earlier.

Since passage of the First Step Act, Courts recognize "extraordinary and Compelling reasons" in Several Circumstances. This is relevant in my-case because the B.O.P. faces a rapidly escalating Crisis because of COVID-19 and, in doing so,  →

Page 3
2:16 CR-20291-001

recolonize such devastating crisis, a growing list of courts acknowledge both that an inmate with pre-existing health conditions is rendered very vulnerable to severe or deadly complication from CoVID-19 and that it is an extraordinary situation warranting release under 3582(c)(1)(A)(i), for Compassionate release.

You can get in contact with my: Sister's ~~Velma~~ Velma Jackson (313) 728-6040 11327 Marlowe St. Detroit, Michigan 48227 or Ellen Turner (313) 424-8326  8227 Lauder St. Detroit, Michigan 48228
          I can stay in either residence     →

To Days Date: 06-23-20

Defendant
Issac J. Payne-El III
REG# 54584034
Federal Correction Institution —
Hazelton
  P.O. Box 5000
Bruceton Mills,
WV. 26525

Page 4
2:16 CR-20291-001

Because of the current World Pandemic caused by COVID-19 I am formally requesting relief in my Sentence in the form of release to residence so I may serve the remainder of my time under home confinement where conditions are better situated to prevent infection.

Due to chronic health problems that I suffer from exposure to COVID-19 places me at a much higher risk of developing life threatening complications, Because of the virus nature of causing respiratory failure, if I were to contract COVID-19, along with my history of an Aneurysm in my aortic (ascending aortic aneurysm) at the root of the aorta was 5.4 X 5.2 cm., Chronic Hypertension.

The Cardiothoracic Surgery is being reschedule because of the pandemic caused by COVID-19, it could lead to serious complications if I have the surgery in the BOP by me being opean up too can lead to hospitalization and or death.

Even though the B.O.P. has implemented measures to help stem the flow of infection in its institutions numerous outbreaks have been reported at several places (Oakdale, Terminal Island, Elkton) As a result, "Shelter in Place" policies have been →

Page 5
2:16 CR-20291-001

introduced where inmates are confined
to their cells except for showers and
phone calls Mon to Fri 45 minutts out
of their cells 5 days an week as is similar
for inmates who are punished and placed
on solitary confinement.

The prolonged Confinement inside
the housing unit along with the poor air
filtration has led to an condition that
is not safe for me with Multiple
Medical Condition.

The Vulnerability of prison experiencing
mass outbreaks of COVID-19 is a real
threat due to overcrowding, small
shared spaces (cells) Lack of proper
hygiene an inability to property
implement recommened guidelines.

Home confinement will allow for
greater control over practing social
distancing, better hygiene and place
me in an enviorment that is better
suited for me to have the Surgery
and Heal.

Thank you

**RIS – WARDEN REPONSE TO INMATE**

INMATE: Hargrove, Isaac
REGISTER NUMBER: 54584-039
FCI

This is in response to your request for Reduction in Sentence (RIS)-Debilitated Medical Condition.

Current criteria for an RIS based on Debilitated Medical Condition require that an inmate have an incurable and progressive illness or have suffered a debilitating injury from which they will not recover.  Additionally, they may be limited in self-care and confined to a bed or chair 50% of waking hours.

Your medical provider revealed you do not meet the medical criteria of debilitated.  You do not suffer from a progressive illness that has affected your ability to self-care and you are not confined to a bed or chair 50% of waking hours. You also have an active detainer and your RIS until it is resolved. As such, your request is denied.

If you are not satisfied with this decision, you may appeal utilizing the Administrative Remedy Process within 20 days of receiving this notice.

_____  6/10/2020
P. Adams                 Date
Warden

Given to inmate
4/15/20
K. Rice



State of Michigan
**Department of Corrections**
*"Committed to Protect, Dedicated to Success"*

Grandview Plaza
P.O. Box 30003
Lansing, Michigan 48909

M 2
132,

LANSING MI 480 02/19/2020

PRESORTED
FIRST CLASS

ISAAC HARGROVE, 54584-039
FEDERAL CORRECTION INSTITUTION-HAZELTON
P.O. BOX 5000
BRUCETON MILLS, WV 26525

US POSTAGE >> PITNEY BOWES

ZIP 48906
02 1W
0001367274 FEB 19 2020

$ 000.38⁹

KTD-PSB 26525

5 9/14

### STATE OF MICHIGAN
# DEPARTMENT OF CORRECTIONS
#### PAROLE BOARD ORDER FOR DISCHARGE FROM SENTENCE

| HARGROVE, ISAAC JAMES, III | 229764 | 41 |
|---|---|---|
| OFFENDER NAME | MDOC NUMBER | DISCHARGE TYPE CODE |

| June 8, 2018 |
|---|
| PAROLE EXPIRATION DATE |

BY _____
Chairperson Michigan Parole Board

| LOCATION | CASE LOAD | DATE DELIVERED | PAROLE OFFICER |
|---|---|---|---|

UTION:  Parolee; Central Office Records Section; Parole Agent

Hargrove, Isaac

54584-039

**PRESTON MEMORIAL HOSPITAL**
**150 Memorial Drive**
**Kingwood, WV  26537**

*FCC Hazelton*

**RADIOLOGY REPORT**

| | | | |
|---|---|---|---|
| Patient Name: | HAZ 54584039 IJH   + | Patient Number: | 10565709 |
| Patient Age: | 44 | Admitting Physician: | HAZELTON P |
| Patient DOB: | 09/13/1973 | Ordering Physician: | HAZELTON P |
| Patient Stay Type: | O/P | Medical Record #: | 100867 |
| Admit Date: | 03/30/18 | XRay Number: | 80817 |

US ECHO COMPLETE          COMPLETE:03/30/18 07:55     36797
(REASON FOR ECHO: H/O CAD
ER ONLY (Others answer NA) Pt Primary/Backup MD:  NA

## ***Unsigned Transcriptions are preliminary reports and do not represent a Medical or Legal Document***

03/30/18  ECHOCARDIOGRAM REPORT

A standard 2D and M Mode Colour flow study was performed in normal standard views.  Cardiac chambers were of normal size, motion and dimension.  Left atrium highly dilated.  There was mild left ventricular hypertrophy.  There was no left ventricular dysfunction, left ventricular function estimated at 50 to 55%.  There was no significant pericardial effusion. No thrombus or mass. The descended aortic root was dilated with measurement from 5.7 cm. above, please look at echo numbers.

VALVES:
AORTIC VALVE:  Normal thickness, motion.  Doppler interrogation consistent with mild aortic insufficiency. There was not aortic stenosis.
MITRAL VALVE:  Normal thickness and motion. Doppler interrogation consistent with Trace mitral regurgitation.  Mitral valve prolapse.
PULMONIC VALVE:  Not well visualized.
TRICUSPID VALVE:  Normal thickness and motion. Doppler interrogation is normal.

IMPRESSION:   (1)  Left ventricular function essentially normal.  Ejection fraction at 50 to 55%.  Some mild LVH.
(2)  Ascending aortic root dilated, measurement is 5.08 cm. Would recommend CTA as well as patient being evaluated by surgery.
(3)  Mild aortic insufficiency.
(4)  Trace mitral regurgitation.



Electronically reviewed and signed by:
**M Englund D.O.**

Sign Date/Time: 04/10/18 13:29

Dict: 03/30/18/10.02 ME
Trans: 03/30/18 10:34
Trans Initials: LJW

Copy for: File copy printer # 526
Copy for: X-RAY

Hargrove, Issac (MRN E2945252)

# Hargrove, Issac 54584-039

MRN: E2945252

| | | | |
|---|---|---|---|
| Wei, Lawrence, MD<br>Physician<br>CARDIAC SURGERY | H&P<br>Signed | Encounter Date: 1/7/2019 | C. Cunningham<br>Health Information Technician<br>FCC Hazelton |

## CARDIAC SURGERY DEPARTMENTH&P

Date of Service: 1/7/19
Hargrove, Issac

**Chief Complaint: Aneurysm**

Requesting Physician: Pcp, No
PCP: No Pcp

HPI: Issac Hargrove is a 45 y.o., Unknown male who presents to our clinic for evaluation of his ascending aortic aneurysm. He is currently a prisoner and accompanied by prison guards. Obtaining history is somewhat difficult. He has a reported history of myocardial infraction in 2010, premature coronary artery disease in mother, Brown Sequard Syndrome from a stabbing to the spine in 1990 with subsequent right sided hemiplegia and foot drop, gunshot wound to leg and foot, hypertension, hyperlipidemia, GERD, and polyarthritis. For an unknown reason he had a TTE earlier in 2018 at prison and found an ascending aortic aneurysm. He had a CTA chest on 3/30/18 that revealed an ascending aortic aneurysm and and at the root of the aorta was 5.4 x 5.2 cm. Upon interviewing him further we found out he went to Mon ED last week for chest pain and was admitted. We were able to obtain his images and find out what he had done there. He had a cardiac catheterization, TTE and CTA chest that was reviewed by Dr. Wei. His cardiac catheterization revealed no significant coronary artery disease, his TTE revealed mild AI and probable bicuspid aortic valve, and his CTA chest revealed proximal ascending aorta approximately 5.1 cm and enlarged aortic root approximately 5.1-5.2 cm. Patient reports symptoms of mid sternal chest pain, indigestion, orthopnea, abdominal fullness and lower leg edema for the past 3 weeks. He denies any syncope, palpitations, dizziness or lightheadedness. He reports with his condition his mobility is very limited.

ROS: Other than ROS in the HPI, all other systems were negative.

Information Obtained from patient

**Past Medical History:**
Diagnosis
- Aortic aneurysm (CMS HCC)                                          Date
- Esophageal reflux
- Gout
- Hypercholesterolemia
- Hypertension

**Risk Factors:**
Family history of premature CAD (male < 55 or female < 65): Yes. Relation to patient: mother
Diabetes Mellitus (HbA1C >6.5, Fasting >126 or Random glucose >200 with hyperglycemic symptoms): No

Dyslipidemia: Yes
Renal Disease: No
Hypertension: Yes
Chronic Lung Disease No
Home oxygen:No
Sleep Apnea: No
Pneumonia: No
History of or current Depression: No
Liver disease No
Immunocompromised at present (systemic steroids, chemo, anti-rejection meds): No
Mediastinal radiation: No
Cancer within 5 years (doesn't include basal cell or squamous cell CA): No
Peripheral artery disease (claudication, amputation, vascular reconstruction, aortic aneurysm.
THIS DOES NOT include the carotid or cerebral vascular arteries or thoracic aneurysms): No

Thoracic Aorta Disease (history or current disease of the thoracic or thorcoabdominal aorta):
Yes

Syncope (cardiac related within 1 year or surgery): No
Prior Cerebrovascular disease: Yes. When unsure in his records but he declines  Prior TIA: No
History of previous carotid artery surgery and/or stenting: No
CSHA Clinical Frailty Scale: 4- Vulnerable: Not dependent on others for daily help. Symptoms often limit activities.
Five Meter Walk/ Six Minute Walk Performed: No.
Functional Disability: Paralysis
Electrolyte Imbalance: No
Protein-Calorie Malnutrition: No
Coagulopathy: No
Current Sepsis: No
Contraindication for Perioperative Beta-Blocker: Currently taking/prescribed

**Cardiac Status:**
Prior MI: Yes.  When: 2010
CAD presentation: Symptoms unlikely to be ischemic (14 days)
Heart Failure: No
Cardiogenic Shock: No
Previous Arrhythmia : No
Prior Arrythmia surgery (MAZE or ablation): No
Prior CABG: No
Prior Valve Surgery: No
Prior PCI: No
Previous congenital: No
Previous ICD: No
Previous Pacemaker: No

Other previous cardiovascular intervention: No
Cardiomyopathy: No
Porcelain Aorta: No

**Transcatheter Procedure: No**

Allergies
Allergen
· Lisinopril

Reactions
  Other Adverse Reaction (Add comment)

*Cough.*

**Current Medications:**
Current Outpatient Medications

| Medication | Sig |
|---|---|
| · allopurinol (ZYLOPRIM) 300 mg Oral Tablet | Take 300 mg by mouth Once a day |
| · amLODIPine (NORVASC) 5 mg Oral Tablet | Take 5 mg by mouth Once a day |
| · atorvastatin (LIPITOR) 40 mg Oral Tablet | Take 40 mg by mouth Every evening |
| · carvedilol (COREG) 6.25 mg Oral Tablet | Take 6.25 mg by mouth Twice daily with food |
| · indomethacin (INDOCIN) 50 mg Oral Capsule | Take 50 mg by mouth Three times a day as needed |
| · losartan (COZAAR) 50 mg Oral Tablet | Take 50 mg by mouth Once a day |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| · HX HERNIA REPAIR | | |

**Past Family History:**
**Family Medical History:**

| Problem | Relation (Age of Onset) |
|---|---|
| Asthma | Mother |
| Heart Attack | Mother |
| Hypertension | Mother |
| Mental illness | Mother |
| No Known Problems | Father |
| Sickle Cell Anemia | Sister |

**Social History**

Socioeconomic History
· Marital status:      Unknown
      Spouse name:    Not on file
· Number of children:  Not on file

- Years of education: Not on file
- Highest education level: Not on file

Social Needs

- Financial resource strain: Not on file
- Food insecurity - worry: Not on file
- Food insecurity - inability: Not on file
- Transportation needs - medical: Not on file
- Transportation needs - non-medical: Not on file

Occupational History
- Not on file

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance and Sexual Activity
- Alcohol use: Never
  Frequency: Never
- Drug use: Not on file
- Sexual activity: Not on file

Other Topics
- Not on file
Concern

Social History Narrative
- Not on file

**Exam:**

BP 138/78  | Pulse 69  | Temp 36.4 °C (97.5 °F) (Thermal Scan)  | Ht 1.727 m (5' 8")  | Wt 117.9 kg (259 lb 14.8 oz)  | SpO2 96%  | BMI 39.52 kg/m²

Constitutional:  appears chronically ill
Eyes:  Conjunctiva clear., Sclera non-icteric.
ENT:  Ear canals normal.
Neck:  no thyromegaly or lymphadenopathy, supple, symmetrical, trachea midline and no adenopathy
Respiratory:  Clear to auscultation bilaterally.
Cardiovascular:  regular rate and rhythm, S1, S2 normal, no murmur, click, rub or gallop
Gastrointestinal:  Soft, non-tender, Bowel sounds normal, non-distended
Musculoskeletal:  Head atraumatic and normocephalic
Integumentary:  Skin warm and dry and No rashes
Neurologic:  Alert and oriented x3
Lymphatic/Immunologic/Hematologic:  No lymphadenopathy
Psychiatric:  Affect Normal

**Labs:**

No results found for: SODIUM, POTASSIUM, CHLORIDE, CO2, ANIONGAP, BUN, CREATININE, BUNCRRATIO, GFR, GLUCOSENF, GLUCOSEFAST

No results found for: WBC, HGB, HCT, PLTCNT, SEDRATE, ESR, RBC, MCV, MCHC, MCH, RDW, MPV

**Radiology Tests:**
**Investigations/Diagnostic Findings:**

His outside pertinent records and imaging at Mon was reviewed by Dr. Wei as well as his prior
CT chest and TTE from early 2018


**ASSESSMENT & PLAN:**

Mr. Issac Hargrove is a 45 y.o., african american male who presents to our clinic for evaluation of his
ascending aortic aneurysm. He is currently a prisoner and accompanied by prison guards. Obtaining
history is somewhat difficult. He has a reported history of myocardial infraction in 2010, premature
coronary artery disease in mother, Brown Sequard Syndrome from a stabbing to the spine in 1990 with
subsequent right sided hemiplegia and foot drop, gunshot wound to leg and foot, hypertension,
hyperlipidemia, GERD, and polyarthritis. For an unknown reason he had a TTE earlier in 2018 at
prison and found an ascending aortic aneurysm. He had a CTA chest on 3/30/18 that revealed an
ascending aortic aneurysm and and at the root of the aorta was 5.4 x 5.2 cm. Upon interviewing him
further we found out he went to Mon ED last week for chest pain and was admitted. We were able to
obtain his images and find out what he had done there. He had a cardiac catheterization, TTE and
CTA chest that was reviewed by Dr. Wei. His cardiac catheterization revealed no significant coronary
artery disease, his TTE revealed mild AI and probable bicuspid aortic valve, and his CTA chest
revealed proximal ascending aorta approximately 5.1 cm and enlarged aortic root approximately
5.1-5.2 cm.

Plan:

Dr. Wei discussed with the patient his diagnosis, testing results and treatment plan. After reviewing all
of his pertinent imaging and comparing the CT scans, there is no significant change in his aneurysm.
There is no surgical intervention required at this time. We recommend strict blood pressure control
and management at the prison or with his primary care provider. We recommend he follow up with his
provider for his current symptoms or cardiology. He was educated on the signs and symptoms of
aortic dissection. We will see him back in 1 year with repeat TTE and CT chest non contrast.


*Matthew Lucostic, APRN*

I reviewed the patient's information and all imaging studies. The patient was counseled on the
risks/benefits, possible complications, and alternatives to surgical intervention. I spent 30
minutes out of the 40 minute visit with the patient.

Electronically signed by Lucostic, Matthew, APRN at 01/08/19 0747
Electronically signed by Wei, Lawrence, MD at 01/10/19 1252

Office Visit
on 1/7/2019

# Mon Health Medical Center

1200 JD Anderson Drive Morgantown, WV 26505
Telephone (304) 598-1200

FCC HAZELTON

**Name:** HAZ, UH 54584039          *Hargrove, Isaac*
**DOB:** 9/13/1973
**Reason for Admission:**
 Chest pain; CP
**Diagnosis:** Chest pain

The days following your discharge are very important.
This packet contains **important** information.

Take this packet with you to your follow up appointments. It is important for your care team to review your hospital discharge information.

If you have question about this packet or your medical condition, please contact your doctor.
In the event of an emergency, please go to the nearest emergency department or call 911.

## Doctors:

Attending Physician: Ghabra, Muhammad A MD (MHMC)
Consulting Physician(s): Cardiothoracic Surgery On Call; Nagy, Alexander MD; Englund, Michael DO; Martinez, Ferdinand C MD

## Follow-up Instructions:

| With: | Address: | When: |
|---|---|---|
| Alexander Nagy | 1000 J.D. Anderson Drive, Suite #301 Morgantown, WV 26505 (304) 598-1996 Business (1) | Within As scheduled |

**Comments:**
to arrange Bentall procedure after dental clearance

| With: | Address: | When: |
|---|---|---|
| Ferdinand Martinez | 600 Suncrest Towne Centre, Suite 310 Morgantown, WV 26505 (304) 598-2200 Business (1) | |

**Comments:**
Call for appointment.

Name: HAZ, UH 54584039
FIN: 49379050
MRN: 376495

**Mon Health Medical Center**
1200 JD Anderson Drive
Morgantown, WV 26505

C. Cunningham
Health Information Technician
FCC Hazelton

HARGROVE, ISAAC   Clinical Documentation

Patient Name: **HAZ, IJH 54584039**
Account No.:
MRN: 376495
DOB/Gender: 9/13/1973    Male

Attending MD:
Ordering Physician: n/a
Location:
Admission Date: 5/23/19

| Physician Documents |
| --- |

**Cardiothoracic Office Notes**
Date of Service: 05/23/2019
Date of Birth: 09/13/1973

CARDIOTHORACIC SURGERY OUTPATIENT OFFICE VISIT NOTE

Attending Surgeon: Alexander Nagy MD

cc: Michael A. Englund, DO(Emdat Autofax),

ACCOUNT NUMBER: 82259144
MEDICAL RECORD NUMBER: 376495

SUBJECTIVE
This is a 45-year-old patient seen by us in December 2018 with an aortic root aneurysm. The patient initially presented with atypical chest pain with burning sensation. He had a CT scan of the chest which showed an enlarged aortic root, then he had a coronary angiogram, which was done by Dr. Englund, which showed no significant coronary artery disease, but a large aortic root aneurysm.

The patient has no new complaints and even his atypical chest pain sensations are absent at this point. I reviewed his last echo, his most recent echo, which was done in December 2019 and showed a look at the aortic valve, which showed only mild regurgitation. The left ventricular ejection fraction was 55 to 60%. The measurement of the aortic root on that particular imaging was 4.4 cm. I also reviewed the CT scan, which was done here in December 2018 and showed a 5.4 to 5.5 cm measurement.

PAST MEDICAL HISTORY

1. Hyperlipidemia.
2. Hypertension.
3. Obesity.
4. Foot drop.

PAST SURGICAL HISTORY
None.

MEDICATIONS
Reviewed as per Cerner.

ALLERGIES
LISINOPRIL.

Date/Time Printed:  6/10/2019 12:19 EDT    Printed By: Wojcicki ,Sharon K
Report Request ID:  16851513

Pg #: Page 1 of 3

# Mon Health Medical Center

1200 JD Anderson Drive
Morgantown, WV 26505

### Clinical Documentation

Patient Name: **HAZ, IJH 54584039**
Account No.:

---

## Physician Documents

SOCIAL HISTORY
The patient is an inmate in Hazelton. No smoking or alcohol abuse recently.

FAMILY HISTORY
Diabetes.

REVIEW OF SYSTEMS
NEUROLOGIC: No dizziness or review of systems:
CONSTITUTIONAL: No dizziness or syncope.
HEENT: Normal.
CARDIOVASCULAR: He denies chest pain. He denies palpitations.
RESPIRATORY: He denies shortness of breath. He denies cough or hemoptysis.
GASTROINTESTINAL: He denies nausea, vomiting or diarrhea.
GENITOURINARY: He denies dysuria or hematuria.
CONSTITUTIONAL: No weight loss or weight gain. No fever.
MUSCULOSKELETAL: Intact.
SKIN: No pruritus or ulcer.
PSYCHIATRIC: No depression or anxiety.
ENDOCRINE: Negative.
HEMATOLOGICAL: Negative.
NEUROLOGIC: Negative.

PHYSICAL EXAMINATION
GENERAL: Alert and oriented.
VITAL SIGNS: Blood pressure 111/71, heart rate 71. His weight is 118.4 kg. His height is 5 feet 9 inches.
HEENT: Normal.
NECK: There is no carotid bruit or palpable lymphadenopathy.
HEART: Regular S1, S2. No murmur.
LUNGS: Clear to auscultation.
ABDOMEN: Soft, nontender, nondistended.
EXTREMITIES: No edema or cyanosis.
MUSCULOSKELETAL: Grossly intact.
SKIN: Warm and dry.
NEUROLOGIC: Alert and oriented x3.

ASSESSMENT AND PLAN

1. The patient with aortic root aneurysm is approximately 5.4 to 5.5 cm in maximum diameter. On the echo, it was read as 4.4 cm; however, I think it is slightly larger.
2. Aortic regurgitation only mild on the echo, it seems more significant on the CAT, however, not more than moderate in any way.
3. Hypertension.
4. Obesity.

DISCUSSION

---

Date/Time Printed: 6/10/2019 12:19 EDT     Printed By: Wojcicki ,Sharon K          Pg #: Page 2 of 3
Report Request ID: 16851513

1266 9D Anderson Drive
Morgantown, WV 26505

**Clinical Documentation**

Patient Name:     **HAZ, IJH 54584039**
Account No.:

## Physician Documents

I had a long discussion with the patient about treatment options. At this point, I would recommend to repeat the transesophageal echo, especially to evaluate the degree of aortic valve regurgitation. We are going to repeat the CTA in July or August and do a 3D reconstruction to look at the size or possible increase in size of the aortic root. Eventually, the patient will need a Bentall procedure. I had a long discussion with him about a type of a biological versus mechanical valve. He is a young patient, 45.yo. However, considering the fact that he is an inmate, Coumadin could be a challenge. I will have another discussion with him after he returns with a repeat CTA and transesophageal echocardiogram during the summer.

Alexander Nagy M.D.
Chief, Cardiac Surgery,
Mon Health System.
Morgantown , WV

DD: 05/23/2019 07:47:49 PM   DT: 05/31/2019 01:05:00 PM
TR: 1007  Job: 193252544

*Authenticated by*
*Nagy, Alexander MD*
*on 05.31.2019 17:59*

Emergency Treatment Note                    HARGROVE, ISAAC – H-844043186

* Final Report *


Result type:          Emergency Treatment Note
Result date:          June 25, 2015 04:41 EDT
Result status:        Auth (Verified)
Result title:         EDD
Performed by:         LOYND DO, ALLISON M on June 25, 2015 07:41 EDT
Verified by:          LOYND DO, ALLISON M on June 30, 2015 20:54 EDT
Encounter info:       180005086186, HARPER-HUTZEL, Emergency-Active, 06/25/2015 - 06/25/2015
Contributor system:   NUANCE


## * Final Report *


**EDD**

                        DETROIT MEDICAL CENTER
                        HARPER UNIVERSITY HOSPITAL

                        EMERGENCY TREATMENT NOTE

PATIENT NAME:
HARGROVE, ISAAC

ACCT #: 180005086186
PTID #: 40331876

DOB: 09/13/1973
AGE: 41 years
SEX: M


DATE/TIME OF ED REG: 06/25/2015 04:41


CHIEF COMPLAINT:  Leg pain.

HISTORY OF PRESENT ILLNESS:  Mr. Hargrove is a 41-year-old gentleman presenting to
the Emergency Department reporting that he is having leg pain and weakness.  He
states it has gone on for several years and it is getting progressively worse.  He
reports that he endured a nerve injury in 1990 after a stabbing to the back and so he
has a foot drop on the right.  He states that he also has a history of gout, which
affects a lot of his joints, but mostly his leg on the left.  He reports that he was
incarcerated for about 2 years and he got out of jail at the beginning of the month.
They did not give him prescription medications for his chronic pain for his gout.
They did not give him a primary care physician to follow up with.  They did give him
a splint for his leg and for his knee, but he does not know what medications he
should be taking or who he can follow up with.

REVIEW OF SYSTEMS:
CONSTITUTIONAL:  No fevers, chills.
EYES:  No change in vision, double vision.
ENT:  No drainage, sore throat.

**Emergency Treatment Note**                    HARGROVE, ISAAC - H-844043186

* Final Report *

| | |
|---|---|
| Result type: | Emergency Treatment Note |
| Result date: | January 24, 2016 03:03 EST |
| Result status: | Auth (Verified) |
| Result title: | EDD |
| Performed by: | LOYND DO, ALLISON M on January 24, 2016 03:28 EST |
| Verified by: | LOYND DO, ALLISON M on January 24, 2016 23:37 EST |
| Encounter info: | 180006022040, HARPER-HUTZEL, Emergency-Active, 01/24/2016 - 01/24/2016 |
| Contributor system: | NUANCE |

## * Final Report *

**EDD**

```
                    DETROIT MEDICAL CENTER
                  HARPER UNIVERSITY HOSPITAL

                  EMERGENCY TREATMENT NOTE

PATIENT NAME:
HARGROVE, ISAAC

ACCT #: 180006022040
PTID #: 40331876

DOB: 09/13/1973
AGE: 42 years
SEX: M


DATE/TIME OF ED REG: 01/24/2016 03:03


TIME OF EMERGENCY DEPARTMENT VISIT:  0303.

CHIEF COMPLAINT:  "I got stabbed."

HISTORY OF PRESENT ILLNESS:  Mr. Hargrove is a 42-year-old gentleman who reports he
is otherwise healthy, presenting to the Emergency Department reporting that he was
stabbed on Grand River.  He says he was leaving the club and somebody tried to rob
him.  He reports that he was stabbed several times and then he was able to get away.

REVIEW OF SYSTEMS:
CONSTITUTIONAL:  No fevers or chills.
EYES:  No change in vision, double vision.
ENT:  No drainage or sore throat.
RESPIRATORY:  No shortness of breath or cough.
CARDIOVASCULAR:  No chest pain or palpitations.
GASTROINTESTINAL:  No nausea or vomiting.
GENITOURINARY:  No dysuria.
MUSCULOSKELETAL:  Multiple stab wounds.
```

Reg #:  54584-039                          Inmate Name:  HARGROVE, ISAAC JAMES

Inmate has an aortic aneurysm, brown sequard syndrome, and severe knee arthritis. He is wheelchair bound, however, health services does recommend that the inmate be as physically active as he can tolerate without significant shortness of breath and/or pain.

**Hall, Dustin NREMT-P**                                            **01/13/2020**
Health Services Staff                                                        Date

Inmate Name:    **HARGROVE, ISAAC JAMES**       Reg #:    **54584-039**    Quarters:    **M03**

*ALL EXPIRATION DATES ARE AT 24:00*

```
   HAF31  540*23 *              SENTENCE MONITORING        *     03-15-2020
PAGE 002 OF 002 *               COMPUTATION DATA           *     11:03:12
                                AS OF 03-15-2020

REGNO..: 54584-039 NAME: HARGROVE, ISAAC JAMES


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-24-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-06-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-18-2017
TOTAL TERM IN EFFECT............:   144 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    12 YEARS
EARLIEST DATE OF OFFENSE........: 04-05-2016

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    04-12-2016     04-17-2017

TOTAL PRIOR CREDIT TIME.........: 371
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 607
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 08-13-2026
EXPIRATION FULL TERM DATE.......: 04-11-2028
TIME SERVED.....................:     3 YEARS     11 MONTHS      4 DAYS
PERCENTAGE OF FULL TERM SERVED..:  32.7

PROJECTED SATISFACTION DATE.....: 08-13-2026
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 6-24-19 DIS GCT R/JMD.




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
     HAF31  540*23  *            SENTENCE MONITORING         *      03-15-2020
   PAGE 001          *           COMPUTATION DATA            *      11:03:12
                                 AS OF 03-15-2020


   REGNO..: 54584-039 NAME: HARGROVE, ISAAC JAMES


   FBI NO...........: 572930MA7          DATE OF BIRTH: 09-13-1973  AGE:  46
   ARS1.............: HAF/A-DES
   UNIT.............: M2                 QUARTERS.....: M03-116LH
   DETAINERS........: NO                 NOTIFICATIONS: NO

   HOME DETENTION ELIGIBILITY DATE: 02-13-2026

   THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
   THE INMATE IS PROJECTED FOR RELEASE:  08-13-2026 VIA GCT REL


   ---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

   COURT OF JURISDICTION...........: MICHIGAN, EASTERN DISTRICT
   DOCKET NUMBER...................: 0645 2:16CR20291 (1)
   JUDGE...........................: EDMUNDS
   DATE SENTENCED/PROBATION IMPOSED: 04-18-2017
   DATE COMMITTED..................: 09-06-2017
   HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
   PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
   NON-COMMITTED.: $200.00        $00.00           $00.00        $00.00

   RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $00.00

   ---------------------CURRENT OBLIGATION NO: 010 ---------------------------
   OFFENSE CODE....:  409     21:841 & 846 SEC 841-851
   OFF/CHG: 21:841 (A)(1), AND (B)(1)(C) PWITD CONTROLLED SUBSTANCES
            (HEROIN) CT 3 ; 21:841 (A)(1), AND (B)91)(B)(III)
            PWITD CONTROLLED SUBSTANCES (COCAINE BASE) CT 4

    SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:  144 MONTHS
    TERM OF SUPERVISION............:    4 YEARS
    DATE OF OFFENSE................: 04-05-2016


   G0002      MORE PAGES TO FOLLOW . . .
```

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:  54584-039                          Inmate Name:   HARGROVE, ISAAC JAMES

## Housing Status

___ confined to the living quarters except   ___ meals   ___ pill line   ___ treatments   Exp. Date: _____

___ on complete bed rest:   ___ bathroom privileges only   Exp. Date: _____

X cell:   X cell on first floor   ___ single cell   X lower bunk   ___ airborne infection isolation   Exp. Date: 09/30/2020

X other:  Please house inmate in handicap cell if available   Exp. Date: 09/30/2020

## Physical Limitation/Restriction

___ all sports   Exp. Date: _____

___ weight lifting:   ___ upper body   ___ lower body   Exp. Date: _____

___ cardiovascular exercise:   ___ running   ___ jogging   ___ walking   ___ softball   Exp. Date: _____
___ football   ___ basketball   ___ handball   ___ stationary equipment

X other:  -Left knee brace, Soft shoes.
         -Right foot AFO brace   Exp. Date: _____

## May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Orthotics | | | |
| Right AFO (please dispense) | 09.19.2019 | | |
| Wheelchair | 10/24/2018 | | |
| Right foot drop and degenerative changes in left knee | | | |
| replaced wc 9/28/18 | | | |
| Brace - back | 08/24/2018 | | |
| Shoe inserts | 08/24/2018 | | |
| Compression garment - leg | 08/24/2018 | | |
| thigh high | | | |
| Cane | 01/18/2018 | | |
| Medical Shoes | 09/06/2017 | | |
| Brace - knee | 09/06/2017 | | |
| hinged knee brace | | | |
| Personal Adaptive Equipment | 09/06/2017 | | |
| FAO for dropped foot | | | |

## Work Restriction / Limitation:

Cleared for Food Service:   Yes

| Restriction | Expiration Date |
|---|---|
| Sedentary Work Only | |
| No Climbing | |
| No Ladders | |
| No Squatting | |
| No Prolonged Standing | |
| No Upper Bunk | |

**Comments:**  **MED HOLD for upcoming appointment**

Generated 02/20/2020 12:31 by Dixon, Shawna CPhT          Bureau of Prisons - HAZ          Page 1 of 2

Page

2:16CR-20291-001

Date: 06/24/20

Warden
F.C.I. Hazelton
Federal Correctional Institution
P.O.BOX 5000
Bruceton Mills,
   WV 26525

RE:   Isaac James Hargrove-EL III   REG. #54584039
      Application for Compassionate Release

      Dear Warden,

            I Isaac James Hargrove-EL III
(54584039) formally and respectfully Request
that the Bureau of Prison (B.O.P.) make a motion
on my behalf to the Honorable Judge
N.G. Edmunds US Court 231 Lafayette
BLVD.   (Court Room #858)
            Detroit, Michigan 48226
Requesting Compassionate Release under
18 U.S.C § 3582 (c)(1)(A). This Request is based on
the "Extraordinary and Compelling" Circumstances
presented by the COVID-19 Pandemic. I am
particularly Susceptible to Contracting the novel
CoronaviRus, which Causes COVID-19, because
I am unable to remain a Safe distance, as
Recommended by the CDC. Moreover, I am
particularly Susceptible to falling Victim to
the potentially-fatal Effects of CoVID-19
due to my Advanced age 46 years old →

2:16 CR-20291-001

and my under lying medical condition.
See Exhibit (A) (Medical Records) I have
Served all more 40% of my Sentence
I have a Sentence of 12 years I got 4 of
12 in My out date is 08-13-2026  I have
no disciplinary Record in the last 12 months
As Required by the B.O.P. rules,
   I have Attached a proposed Release
plan, A Copy of Which is Attached to
this Request. See Exhibit (B) (Release plan).
   Thank you for your timely Consideration
of this Request.

Respectfully Submitted
Isaac Cargrove-III
# 54584039

2:16 CR-20291-001

Exhibit: B. (Release Plan)

Isaac Hargrove-EL II
#54584039   Release Plan
Date: 06/24/20

If Release, I plan to live with my
Sister's: Velma Jackson (313)728-6040
11327 Marlowe St. Detroit, Michigan 48227
or Ellen Turner (313) 424-8326
8227 Lauder St. Detroit, Michigan 48228

I can Stay in either residence

In Order to Support my self financially,
I plan to Work with my family
Business transportation and Plumbing
Sevice.
For Community Support, family.

THE Warden here

Didn't except My request

gave it back to me

This is my request
to the Warden
Here at Hazelton
F.C.I.

no postmark 4/23/20

RECEIVED
JUL 1 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

Isaac James Hargrove-El III
REG #54584-039
Federal Correction Institution - Hazelton
P.O. BOX 5000
Bruceton Mills
WV 26525

ATT: Judge N.G. Edmunds
US Court
231 Lafayette BLVD
Court Room #858
Detroit, Michigan 48226
United States