UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

# INDEX OF EXHIBITS

**EXHIBIT - DESCRIPTION**

1. Medical Records under seal

2. Discipline

3. Pattern Score

4. Program Review Report