```
   CSTAG         *        INMATE DISCIPLINE DATA        *    07-17-2020
PAGE 001 OF 001  *    CHRONOLOGICAL DISCIPLINARY RECORD  *    14:45:16

REGISTER NO: 54584-039 NAME..: HARGROVE, ISAAC JAMES
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO 500 MOS PRIOR TO 07-17-2020

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3268537 - SANCTIONED INCIDENT DATE/TIME: 06-16-2019 1650
DHO HEARING DATE/TIME: 06-20-2019 1058           DHO REPT DEL: 07-30-2019 1800
FACL/CHAIRPERSON.....: HAF/D.HUFF
REPORT REMARKS.......: I/M ADMITTED TO CHG
    113   POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DDC
          DIS GCT    / 41 DAYS / CS
          COMP:010 LAW:P
          DS         / 30 DAYS / CS
                  FROM: 06-20-2019  THRU: 07-19-2019
          COMP:    LAW:
          LP COMM    / 180 DAYS / CS
                  FROM: 06-20-2019  THRU: 12-16-2019
          COMP:    LAW:
          LP EMAIL   / 180 DAYS / CS
                  FROM: 06-20-2019  THRU: 12-16-2019
          COMP:    LAW:
          LP PHONE   / 180 DAYS / CS
                  FROM: 06-20-2019  THRU: 12-16-2019
          COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3040390 - SANCTIONED INCIDENT DATE/TIME: 10-03-2017 1400
UDC HEARING DATE/TIME: 10-04-2017 0900
FACL/UDC/CHAIRPERSON.: HAF/N1/D MOYERS
REPORT REMARKS.......: INMATE CLAIMS HE NEEDS A HANDICAP CELL AND DID NOT WANT
                       TO GO BACK. GLTY BASED ON STMNT AND EVIDEINCE IN RPT
    307   REFUSING TO OBEY AN ORDER - FREQ: 1
          LP VISIT   / 30 DAYS / CS
          COMP:    LAW:    TO BEGIN 10/05/2017 THROUGH 11/04/2017




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```