```
CSTAG  531.01 *              INMATE HISTORY            *    07-17-2020
PAGE 001 OF 001 *              FIRST STEP              *    14:42:39

 REG NO..: 35420-044 NAME....: BOWEN, BAMBOYE
 CATEGORY: FSA       FUNCTION: PRT      FORMAT:

FCL    ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
FOR    FTC ELIG   FTC-ELIGIBLE - REVIEWED   11-19-2019 1546 CURRENT
FOR    R-MED      MEDIUM RISK RECIDIVISM LEVEL 07-16-2020 1802 CURRENT
FOR    R-MED      MEDIUM RISK RECIDIVISM LEVEL 11-19-2019 1546 07-16-2020 1802
FOR    UNREVW HIS UNREVIEWED OFFENSES       10-06-2019 1828 11-19-2019 1546
FOR    UNASSG RSK UNASSIGNED RISK LEVEL     10-06-2019 1828 11-19-2019 1546




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```