

| | **Individualized Reentry Plan - Program Review  (Inmate Copy)** | **SEQUENCE: 02008424** |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 04-22-2020 |
| | Plan is for inmate: HARGROVE, ISAAC JAMES  54584-039 | |

| | | | |
|---|---|---|---|
| Facility: | HAF  HAZELTON FCI | Proj. Rel. Date: | 08-13-2026 |
| Name: | HARGROVE, ISAAC JAMES | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 54584-039 | DNA Status: | MIL07485 / 06-01-2016 |
| Age: | 46 | | |
| Date of Birth: | 09-13-1973 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | M2 ORDERLY | UNIT ORDERLY | 12-11-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | ESL HAS | ENGLISH PROFICIENT | 11-08-2017 |
| HAF | GED EN | ENROLL GED NON-PROMOTABLE | 11-08-2017 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| HAF | | BASIC GED:  1230-1400 R1 (M-F) | 12-04-2019 | CURRENT |
| HAF | C | JOB FAIR INFORMATION | 08-16-2018 | 08-16-2018 |
| HAF | C | ACE:  DRIVER'S EDUCATION | 11-16-2017 | 12-21-2017 |
| HAF | C | MANAGING YOUR DIABETES 12 HRS | 10-02-2017 | 11-20-2017 |
| HAF | C | BLOOD PRESSURE 4 HOURS | 10-17-2017 | 11-20-2017 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 09-15-2017 |
| CARE2 | STABLE, CHRONIC CARE | 06-02-2016 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | 09-13-2019 |
| HGT RESTR | NO LADDERS/NO UPPER BUNK | 09-13-2019 |
| LOWER BUNK | LOWER BUNK REQUIRED | 09-28-2017 |
| MED HOLD | MEDICAL HOLD - DO NOT TRANSFER | 11-01-2017 |
| NO PAPER | NO PAPER MEDICAL RECORD | 06-01-2016 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 09-13-2019 |
| SOFT SHOES | SOFT SHOES ONLY | 09-28-2017 |
| WHEELCHAIR | REQUIRES WHEELCHAIR | 09-28-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 12-09-2016 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DIAG | DRUG ABUSE DIAGNOSIS PENDING | 04-03-2020 |
| ED COMP | DRUG EDUCATION COMPLETE | 05-03-2018 |

### FRP Details

Most Recent Payment Plan

| | | | |
|---|---|---|---|
| **FRP Assignment:** | **COMPLT**  FINANC RESP-COMPLETED | | **Start: 12-11-2019** |
| Inmate Decision: | **AGREED**  **$25.00** | Frequency: | **QUARTERLY** |
| Payments past 6 months: | **$25.00** | Obligation Balance: | **$0.00** |

**Financial Obligations**



**Individualized Reentry Plan - Program Review  (Inmate Copy)**  SEQUENCE: 02008424
Dept. of Justice / Federal Bureau of Prisons  Team Date: 04-22-2020
Plan is for inmate: HARGROVE, ISAAC JAMES  54584-039

| Most Recent Payment Plan | | | | | |
|---|---|---|---|---|---|
| No. | Type | Amount | Balance | Payable | Status |
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 12-10-2019 | HAF | PAYMENT | INSIDE PMT | $25.00 |

**Payment Details**

Trust Fund Deposits - Past 6 months:  $0.00           Payments commensurate ?   N/A
New Payment Plan:    ** No data **

**Progress since last review**

Good progress since last review.

**Next Program Review Goals**

Continue enrollment in GED through next review.

Enroll in the NON-RES DAP no later than July 2020 and participate with satisfactory progress through January 2021.  Furthermore, it is recommended that you seek out assistance from the Psychology and Unit Team staff for individualized counseling on an as-needed basis.

**Long Term Goals**

Establish a financial savings for release needs.  Contribute to your release fund by saving no less than $5.00 of monthly of income through your release date.

Enroll in vocational training through the education department within the next year.

**RRC/HC Placement**

**Comments**

Finance/Poverty Need Screen
Is there documentation in the PSR of any of the following?
_No_    Any history of Bankruptcy
_No_    No bank account
_No_    No assets nor liabilities noted in PSR
_yes    Debts noted in Credit Report or other sources
_No_    Tax Liabilities/back taxes
_No_    Unpaid alimony/child support
_No_    other indications of lack of financial management skills (specify)
         _____

YES __X____        NO _____  (if any of the above, check yes)
If the answer is yes, the inmate has a financial/poverty skills need.



**Individualized Reentry Plan - Program Review  (Inmate Copy)**     SEQUENCE: 02008424
Dept. of Justice / Federal Bureau of Prisons                          Team Date: 04-22-2020
Plan is for inmate: HARGROVE, ISAAC JAMES   54584-039

| | |
|---|---|
| Name: HARGROVE, ISAAC JAMES | DNA Status: MIL07485 / 06-01-2016 |
| Register No.: **54584-039** | |
| Age: 46 | |
| Date of Birth: 09-13-1973 | |

_____
Inmate    (HARGROVE, ISAAC JAMES. Register No.: 54584-039)

_____
Date

_____         _____
Unit Manager / Chairperson                         Case Manager

_____         _____
Date                                               Date