Page 1

2:16 CR-20291-001

UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

CRIM NO. 16-cr-20291

HON. NANCY G. EDMUNDS

V.

D-1 ISSAC JAMES HARGROVE,
    Defendant.

_____/

## Issac J. Hargrove's Emergency Motion For Compassionate Release.

COVID-19's devastation is unrelenting at the Bureau of Prison (B.O.P.) The infection rates within the B.O.P. are greater than in the general public.

COVID-19 is an acute respiratory disease that could lead to respiratory failure and "death."

Over five thousand federal inmates (5000) have contracted the illness, and at least 66 have "died" from complications due to COVID-19. The virus continues to sweep through the B.O.P. and this putss my "Life" at Risk. →

I have enclosed in part <u>records</u> of my pre-existing medical condotions, they put me at a particular high risk. If I was to contract the Virus it could be deadly for me.

I understand the compassionate release standard, In December 2018, the First Step Act amended 18 U.S.C. 3582(c)(1)(A)(i) permits Sentencing Judges to consider a defense Motion for reduction of Sentince based on "extraordinary and compelling reasons"

After the defendant has fully exhausted all administrative rights failure of the B.O.P. to bring a motion on my-behalf or the lapse of 30 days from the receipt of such a request by the Warden at the facility I am in, whichever is earlier.

Since passage of the First Step Act, Courts recognize "extraordinary and Compelling reasons" in several circumstances. This is relevant in my-case because the B.O.P. faces a rapidly escalataing Crisis because of COVID-19 and, in doing so, →

recolonize such devastating crisis, a growing list of courts acknowledge both that an inmate with pre-existing health conditions is rendered very vulnerable to severe or deadly complication from CoVID-19 and that it is an extraordinary situation warranting release under 3582(c)(1)(A)(i), for Compassionate release.

You can get in contact with my: Sister's ~~Velma~~ Velma Jackson (313) 728-6040 11327 Marlowe St. Detroit, Michigan 48227 or Ellen Turner (313) 424-8326 8227 Lauder St. Detroit, Michigan 48228
      I can stay in either residence →

To Days Date: 06-23-20

Defendant
*[signature]*
REG# 54584034
Federal Correction Institution —
Hazelton
P.O. Box 5000
Bruceton Mills,
WV. 26525

Page 4
2:16 CR-20291-001

Because of the current World Pandemic caused by COVID-19 I am formally requesting relief in my sentence in the form of release to residence so I may serve the remainder of my time under home confinement where conditions are better situated to prevent infection.

Due to chronic health problems that I suffer from exposure to COVID-19 places me at a much higher risk of developing life threatening complications. Because of the virus nature of causing respiratory failure, if I were to contract COVID-19, along with my history of an Aneurysm in my aortic (ascending aortic aneurysm) at the root of the aorta was 5.4 X 5.2 cm., Chronic Hypertension.

The Cardiothoracic Surgery is being reschedule because of the pandemic caused by COVID-19, it could lead to serious complications if I have the surgery In the BOP by me being Opean up too can lead to hospitalization and or death.

Even though the B.O.P. has implemented measures to help stem the flow of infection in its institutions numerous outbreaks have been reported at several places (Oakdale, Terminal Island, Elkton) As a result, "Shelter in Place" policies have been →

introduced where inmates are confined to their cells except for showers and phone calls Mon to Fri 45 minutes out of their cells 5 days an week as is similar for inmates who are punished and placed on Solitary Confinement.

The prolonged Confinement inside the housing unit along with the poor air filtration has led to an condition that is not safe for me with Multiple medical Condition.

The Vulnerability of prison experiencing mass outbreaks of COVID-19 is a real threat due to overcrowding, small shared spaces (Cells) Lack of proper hygiene an inability to property implement recommened guidelines,

Home confinement will allow for greater control over practing social distancing, better hygiene and place me in an enviorment that is better suited for me to have the Surgery and Heal.

Thank you



**State of Michigan**
**Department of Corrections**
*"Committed to Protect, Dedicated to Success"*

Grandview Plaza
P.O. Box 30003
Lansing, Michigan 48909

M2
132.

ISAAC HARGROVE, 54584-039
FEDERAL CORRECTION INSTITUTION - HAZELTON
P.O. BOX 5000
BRUCETON MILLS, WV 26525

PRESORTED
FIRST CLASS

US POSTAGE >> PITNEY BOWES
ZIP 48906
$ 000.38

5 9/14

## STATE OF MICHIGAN
# DEPARTMENT OF CORRECTIONS
### PAROLE BOARD ORDER FOR DISCHARGE FROM SENTENCE

| HARGROVE, ISAAC JAMES, III | 229764 | 41 |
|---|---|---|
| OFFENDER NAME | MDOC NUMBER | DISCHARGE TYPE CODE |

June 8, 2018
PAROLE EXPIRATION DATE

BY _____*Michael C. Eagen*_____
Chairperson Michigan Parole Board

| LOCATION | CASE LOAD | DATE DELIVERED | PAROLE OFFICER |

UTION:  Parolee; Central Office Records Section; Parole Agent

# Bureau of Prisons
# Health Services
# Medical Duty Status

Reg #: 54584-039  Inmate Name: HARGROVE, ISAAC JAMES

## Housing Status

__ confined to the living quarters except __ meals __ pill line __ treatments  Exp. Date: _____
__ on complete bed rest: __ bathroom privileges only  Exp. Date: _____
X cell: X cell on first floor __ single cell X lower bunk __ airborne infection isolation  Exp. Date: 09/30/2020
X other: Please house inmate in handicap cell if available  Exp. Date: 09/30/2020

## Physical Limitation/Restriction

__ all sports  Exp. Date: _____
__ weightlifting: __ upper body __ lower body  Exp. Date: _____
__ cardiovascular exercise: __ running __ jogging __ walking __ softball  Exp. Date: _____
__ football __ basketball __ handball __ stationary equipment
X other: -Left knee brace, Soft shoes.
         -Right foot AFO brace  Exp. Date: _____

## May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Orthotics | 09/15/2019 | | |
| Right AFO (please dispense) | | | |
| Wheelchair | 10/24/2018 | | |
| Right foot drop and degenerative changes in left knee | | | |
| replaced wc 9/28/18 | | | |
| Brace - back | 08/24/2018 | | |
| Shoe inserts | 08/24/2018 | | |
| Compression garment - leg | 08/24/2018 | | |
| thigh high | | | |
| Cane | 01/18/2018 | | |
| Medical Shoes | 09/06/2017 | | |
| Brace - knee | 09/06/2017 | | |
| hinged knee brace | | | |
| Personal Adaptive Equipment | 09/06/2017 | | |
| FAO for dropped foot | | | |

## Work Restriction / Limitation:

Cleared for Food Service: Yes

Restriction                                                              Expiration Date
Sedentary Work Only
No Climbing
No Ladders
No Squatting
No Prolonged Standing
No Upper Bunk

Comments: **MED HOLD for upcoming appointment**
Generated 02/20/2020 12:31 by Dixon, Shawna CPhT    Bureau of Prisons - HAZ    Page 1 of 2

| Reg #:  54584-039 | Inmate Name:  HARGROVE, ISAAC JAMES |
|---|---|

Inmate has an aortic aneurysm, brown sequard syndrome, and severe knee arthritis. He is wheelchair bound, however, health services does recommend that the inmate be as physically active as he can tolerate without significant shortness of breath and/or pain.

| Hall, Dustin NREMT-P | 01/13/2020 |
|---|---|
| Health Services Staff | Date |

Inmate Name: __HARGROVE, ISAAC JAMES__   Reg #: __54584-039__   Quarters: __M03__

**ALL EXPIRATION DATES ARE AT 24:00**

M2-1/16

## RIS – WARDEN REPONSE TO INMATE

INMATE: Hargrove, Isaac
REGISTER NUMBER: 54584-039
FCI

This is in response to your request for Reduction in Sentence (RIS)-Debilitated Medical Condition.

Current criteria for an RIS based on Debilitated Medical Condition require that an inmate have an incurable and progressive illness or have suffered a debilitating injury from which they will not recover. Additionally, they may be limited in self-care and confined to a bed or chair 50% of waking hours.

Your medical provider revealed you do not meet the medical criteria of debilitated. You do not suffer from a progressive illness that has affected your ability to self-care and you are not confined to a bed or chair 50% of waking hours. You also have an active detainer and your RIS until it is resolved. As such, your request is denied.

If you are not satisfied with this decision, you may appeal utilizing the Administrative Remedy Process within 20 days of receiving this notice.

_____  6/10/2020
P. Adams                    Date
Warden

Given to inmate
6/15/20
K. Rice

UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

2:16 CR-20291-001

To whom it may concern,

I, ISAAC J. Hargrove-EL III is writing a petition to the Courts Needing Counsel (Appointed Lawyer) on my behave for the motion on compassionate release that I mailed in ~~to~~ last week.

Thank you
Isaac J. Hargrove-EL III
Date: 06/30/20

Isaac James Hargrove-EL III
REG. #54584039
Federal Correction Instituton - Hazelton
P.O. BOX 5000
Bruceton Mills,
WV. 26525

(Please send me Receipt that you got it)
this Letter

Isaac James Hargrove-El III
REG.# 54584039
Federal Correction Institution-Hazelton
P.O. Box 5000
Bruceton Mills,
WV. 26525

Legal Mail

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
Att: US CLERK OFFICE
Detroit MI. 48226
United States

PITTSBURGH PA 150
01 JUL 2020 PM 3 L

RECEIVED
JUL 15 2020
U.S. CLERK'S OFFICE
DISTRICT COURT