UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                Criminal Case No. 16-CR-20291

v.

                                   Hon. Nancy G. Edmunds

ISAAC JAMES HARGROVE,

        Defendant.
_____/

**SUPPLEMENTAL EXHIBIT IN SUPPORT OF
<u>ISAAC HARGROVE'S MOTION FOR COMPASSIONATE RELEASE</u>**

Isaac Hargrove submits additional documents showing the efforts he has made to take advantage of programming in prison. Undersigned counsel received these documents after filing a supplemental brief in Mr. Hargrove's behalf.

Exhibit E includes Mr. Hargrove's certificates of completion for Phases I & II of the National Parenting Program, the Drug Abuse Education Courts, and Victim Impact. Exhibit F provides a description of how the GED courses are being administered in lockdown conditions. It further shows that Mr. Hargrove has been submitting homework assignments and doing well.

| Exhibit | Description |
|:---:|:---:|
| E | Certificates of Completion |
| F | Lockdown GED Coursework |

1

## CERTIFICATE OF SERVICE

Counsel certifies that on the above date, the foregoing paper was filed with the clerk of the Court using the ECF system, which will send notification to opposing counsel.

Date:  August 6, 2020

                                          Respectfully Submitted,

                                        **FEDERAL COMMUNITY DEFENDER**

                                        s/ Colleen P. Fitzharris
                                        Attorney for Isaac Hargrove
                                        613 Abbott Street, 5th Floor
                                        Detroit, Michigan 48226
                                        313-967-5868
                                        E-mail: colleen_fitzharris@fd.org