

# FCI HAZELTON
## EDUCATION DEPARTMENT

### CERTIFICATE OF COMPLETION

THIS CERTIFIES THAT

**Isaac Hargrove**

Having satisfactorily completed the National Parenting Program, Phase I & II

May 2020

J. Ridenour, Testing Administrator

# Certificate of Completion

Presented to

## ISAAC HARGROVE

For successfully completing the

### Drug Abuse Education Course

*The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his/her alcohol/drug use and consider the need for treatment.*

M. Rocha
FCI Hazelton

DTS  5/3/2018
Institution

# Certificate of Completion

May it be known that this certificate has been presented to:

## Isaac Hargrove #54584-039

for completion of

## Victim Impact

Presented this 3rd day of October 2019 – FCI Hazelton
Bruceton Mills, WV

*K. Rice, Social Worker*

K. Rice, LICSW
Social Worker
FCC Hazelton