Hargrove M2-116

06-09-2020

Ms. Fike's GED Students,

This is a reminder that each of you are earning 1.5 hours of credit a day when you complete each weekly packet. That is a total of 7.5 hours per week that you can earn. However, if you do not complete the packet and turn it back in, you will not receive any credit for the week. Partial credit will <u>not</u> be given.

I understand that it may be difficult for some to complete the assignments without direct instruction in the classroom. Please just do your best and let me know if you are struggling with a particular assignment. Please notate what you are having trouble with on the assignment and turn it back in. If I can recognize that you are trying your best on the assignment, you will earn the weekly hours.

Please note that all previously assigned packets (Weeks 1-12) must be turned in by Thursday, June 11th in order to earn the hours for those weeks.

Thank you,

Ms. Fike

## Basic GED In-Cell Study Packets for the Covid-19 Modified Lockdown

Name: **Hargrove, I.**     Registration Number: **54584-039**

|  |  | Score | Date |
|---|---|---|---|
| Week #1 | Real World Reading 1<br>Unit 1 – Menus and Recipes | 96 | 03-26-2020 |
| Week #2 | Real World Reading 1<br>Unit 2 - Labels | 94 | 03-30-2020 |
| Week #3 | Real World Reading 1<br>Unit 3- Instructions | 98 | 04-02-2020 |
| Week # 4 | Real World Reading 1<br>Unit 4 - Maps | 99 | 04-09-2020 |
| Week #5 | Real World Reading 1<br>Unit 5 - Driving | 100 | 04-16-2020 |
|  | Number Power 1<br>Pg. 60-65 | 98 | 04-16-2020 |
| Week #6 | Real World Reading 1<br>Unit 6 – Schedules | 100 | 04-23-2020 |
|  | Number Power 1<br>Pg. 67-70 | 99 | 04-23-2020 |
| Week #7 | Real World Reading 2<br>Unit 1 – Phone Books | 91 | 04-30-2020 |
|  | Number Power 1<br>Pg. 71-73 | 99 | 04-30-2020 |
| Week #8 | Real World Reading 2<br>Unit 2 – Newspapers |  | 05-07-2020 |
|  | Number Power 1<br>Pg.74-75 |  | 05-07-2020 |
| Week #9 | Real World Reading 2<br>Unit 3 – Catalogs | 99 | 05-14-2020 |
|  | Number Power 1<br>Pg. 76-78 | 16 | 05-14-2020 |
| Week #10 | Real World Reading 2<br>Unit 4 – Mail and Postal Forms) |  | 05-21-2020 |
|  | Number Power 1<br>Pg. 79-83 |  | 05-21-2020 |
| Week #11 | Real World Reading 2<br>Unit 5 – Bills, Statements, and Invoices |  | 05-28-2020 |
|  | Number Power 1<br>Pg. 84-85 |  | 05-28-2020 |
| Week #12 | Real World Reading 2<br>Unit 6 – Web Sites and Email |  | 06-04-2020 |
|  | Number Power 1<br>Pg. 87-89 |  | 06-04-2020 |
| Week #13 | Real World Reading 2<br>Unit 7 – Applications and Other Forms |  | 06-11-2020 |
|  | Number Power 1<br>Pg. 90-92 |  | 06-11-2020 |
| Week #14 | Number Power 1<br>Pg. 93-95 |  | 06-18-2020 |
| Week #15 | Number Power 1<br>Pg. 96-99 |  | 06-25-2020 |
| Week #16 | Number Power 1<br>Pg. 100-104 |  | 07-02-2020 |