UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Cr. No. 16-20291

v.

        Hon. Nancy G. Edmunds

ISAAC JAMES HARGROVE,

        Defendant.
_____/

## **INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| H | Medical Records (SEALED) |
| I | Edelman Affidavit regarding Diabetes |