UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Criminal Case No. 16-CR-20291

v.

                Hon. Nancy G. Edmunds

ISAAC JAMES HARGROVE,

        Defendant.

_____/

**SUPPLEMENTAL EXHIBIT IN SUPPORT OF**
**ISAAC HARGROVE'S MOTION FOR COMPASSIONATE RELEASE**

Undersigned counsel has received an additional document from the Bureau of Prisons showing that his security designation has been changed from Medium to Low. Isaac Hargrove submits this document as additional evidence that he is not a danger to the community.

| Exhibit | Description |
|---|---|
| J | Hargrove Custody Classification (Nov. 10, 2020) |

Date: November 17, 2020        Respectfully Submitted,

**FEDERAL COMMUNITY DEFENDER**

s/ Colleen P. Fitzharris
Attorney for Isaac Hargrove
613 Abbott Street, Suite 500
Detroit, Michigan 48226
313-967-5868
E-mail: colleen_fitzharris@fd.org

1

## CERTIFICATE OF SERVICE

Counsel certifies that on the above date, the foregoing paper was filed with the clerk of the Court using the ECF system, which will send notification to opposing counsel.

Date:  November 17, 2020

                                  Respectfully Submitted,

                                  **FEDERAL COMMUNITY DEFENDER**

                                  <u>s/ Colleen P. Fitzharris</u>
                                  Attorney for Isaac Hargrove
                                  613 Abbott Street, Suite 500
                                  Detroit, Michigan 48226
                                  313-967-5868
                                  E-mail: colleen_fitzharris@fd.org