```
HAF47  606.00  *      MALE CUSTODY CLASSIFICATION FORM      *      11-10-2020
PAGE 001 OF 001                                                      14:44:15
                           (A) IDENTIFYING DATA
REG NO..: 54584-039            FORM DATE: 11-10-2020         ORG: HAF
NAME....: HARGROVE, ISAAC JAMES
                                       MGTV: NONE
PUB SFTY: NONE                         MVED:
                            (B) BASE SCORING
DETAINER: (0) NONE             SEVERITY.......: (3) MODERATE
MOS REL.: 69                   CRIM HIST SCORE: (08) 10 POINTS
ESCAPES.: (0) NONE             VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A              AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (1) ENRLD + SAT IN GED   DRUG/ALC ABUSE.: (1) <5 YEARS
                           (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%   PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD     TYPE DISCIP RPT: (0) GREATEST
FREQ DISCIP RPT.: (3) NONE     FAMILY/COMMUN..: (4) GOOD


                   --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE   SEC TOTAL   SCORED LEV  MGMT SEC LEVEL   CUSTODY   CONSIDER
 +15  +15    0         +15         LOW           N/A             IN       SAME

G5149    INMATE/DESIG FACL LEVEL MISMATCHED, HAVE DSCC ADD A MGTV  =  On 11-10-20
                                                                       off 11-21
G0005    TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```