UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  Cr. No. 16-20291

v.

                                   Hon. Nancy G. Edmunds

ISAAC JAMES HARGROVE,

        Defendant.

_____/

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| K | Medical Records (SEALED) |
| L | Email re Sealed filing Exhibit H, dated October 27, 2020 |