| | |
|---|---|
| **From:** | Kim Ferranti |
| **To:** | "Fairchild, Susan (USAMIE)" |
| **Cc:** | Colleen Fitzharris |
| **Subject:** | United States v. Isaac Hargrove, Sealed Filing |
| **Date:** | Tuesday, October 27, 2020 11:11:00 AM |
| **Attachments:** | 43- SEALED Mtn & Order to Seal Exhibit H.pdf |
| | Ex. H-Med Recs-SEALED.pdf |
| | 45- ECF Notice-Sealed Exhibit H re 44.pdf |

Good morning, Susan.

We filed Exhibit H of Mr. Hargrove's Third Supplemental Brief in support of his motion for compassionate release under seal.  Attached is the motion and order to seal the exhibit, and the exhibit, itself.

Kindly,

Kim Ferranti, Paralegal
Secretary to the Chief
Federal Community Defender for the
Eastern District of Michigan

613 Abbott St., 5th Floor
Detroit, MI  48226
ph:  313.967.5844
email:  kim_ferranti@fd.org