# COVID-19 Cases

**12/21/2020** - The BOP has **124,332** federal inmates in BOP-managed institutions and **13,866** in community-based facilities. The BOP staff complement is approximately **36,000**. There are **5,994 federal inmates** and **1,676 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **28,414** inmates and **2,637** staff have recovered. There have been **169** federal inmate deaths and **2** BOP staff member deaths attributed to COVID-19 disease. Of the inmate deaths, **4** occurred while on home confinement.

Due to the rapidly evolving nature of this public health crisis, the BOP will update the open COVID-19 confirmed positive test numbers, recoveries, and the number of COVID-19 related deaths each weekday at 3:00 p.m. The positive test numbers are based on the most recently available **confirmed lab results** involving **open cases** from across the agency as reported by the BOP's Office of Occupational Health and Safety at 11:00 a.m. each day. BOP field sites may report additional updates throughout the day. Data is subject to change based on additional reporting.

The BOP has begun additional testing of asymptomatic inmates to assist in slowing transmissions within a correctional setting. As such, our data reflects an increase in the number of COVID-19 positive tests reflected in the table below. The BOP is able to better utilize this information for the management of an outbreak at the relevant, affected facility.

The inmate totals listed do not include inmates participating in the Federal Location Monitoring program, inmates supervised under the USPO, or being held in privately-managed prisons or state facilities/jails. Additionally, the reference to the FCI Butner Low below refers to an isolation unit that is physically separated from the rest of the LSCI. References to RRCs include both individuals housed at the RRC and individuals on home confinement under the RRC's supervision.

| Facility ▲ | Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | State |
|---|---|---|---|---|---|---|---|---|
| ACS Corrections (RRC) | 0 | 0 | 1 | 0 | 1 | 0 | Del Valle | TX |
| ATalbert House Inc. (RRC) | 0 | 0 | 0 | 0 | 4 | 0 | Cincinnati | OH |
| Alderson FPC | 0 | 1 | 0 | 0 | 11 | 14 | Alderson | WV |
| Aliceville FCI | 9 | 8 | 0 | 0 | 47 | 9 | Aliceville | AL |
| Allenwood Low FCI | 135 | 9 | 0 | 0 | 45 | 2 | Allenwood | PA |
| Allenwood Medium FCI | 7 | 20 | 0 | 0 | 262 | 13 | White Deer | PA |
| Allenwood USP | 0 | 15 | 1 | 0 | 132 | 4 | Allenwood | PA |
| Alpha House of Springfield (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | Springfield | MO |
| Alston Wilkes Society (RRC) | 10 | 0 | 0 | 0 | 1 | 0 | Florence | SC |
| Alston Wilkes | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GEO Group Inc. (RRC) | 2 | 0 | 0 | 0 | 1 | 0 | El Monte | CA |
| GEO Reentry Inc (RRC) | 1 | 0 | 0 | 0 | 0 | 0 | Los Angeles | CA |
| GEO Reentry of Alaska, Inc. (RRC) | 2 | 0 | 0 | 0 | 2 | 0 | Oakland | CA |
| GEO Reentry, Inc. (RRC) | 1 | 0 | 0 | 0 | 28 | 0 | Leavenworth | KS |
| Geo Care (RRC) | 2 | 0 | 0 | 0 | 7 | 0 | Las Vegas | NV |
| Gilmer FCI | 19 | 11 | 0 | 0 | 145 | 11 | Glenville | WV |
| Glynco | 0 | 1 | 0 | 0 | 0 | 1 | Glynco | GA |
| Grand Prairie | 0 | 25 | 0 | 0 | 0 | 1 | Grand Prairie | TX |
| Great Falls Pre-Release Center (RRC) | 0 | 0 | 0 | 0 | 7 | 0 | Great Falls | MT |
| Greenville FCI | 51 | 15 | 0 | 0 | 646 | 47 | Greenville | IL |
| Guaynabo MDC | 16 | 0 | 0 | 0 | 28 | 0 | Guaynabo | PR |
| Hampshire House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Manchester | NH |
| Hazelton FCI | 29 | 8 | 0 | 0 | 7 | 19 | Bruceton Mills | WV |
| Hazelton USP | 3 | 14 | 0 | 0 | 21 | 40 | Bruceton Mills | WV |
| Herlong FCI | 82 | 7 | 0 | 0 | 163 | 7 | Herlong | CA |
| Hillsborough County RRC (RRC) | 0 | 0 | 0 | 0 | 4 | 0 | Tampa | FL |
| Honolulu FDC | 2 | 1 | 0 | 0 | 3 | 3 | Honolulu | HI |
| Horizon House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Albany | NY |
| Houston FDC | 64 | 20 | 0 | 0 | 87 | 0 | Houston | TX |
| Human Service Center (RRC) | 1 | 0 | 0 | 0 | 6 | 0 | Peoria | IL |
| Jesup FCI | 2 | 19 | 1 | 0 | 423 | 3 | Jesup | GA |
| Keeton Corrections Inc (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Tallahassee | FL |

# COVID-19 Cases

12/18/2020 - The BOP has **124,336** federal inmates in BOP-managed institutions and **14,010** in community-based facilities. The BOP staff complement is approximately **36,000**. There are **5,771 federal inmates** and **1,694 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **27,767** inmates and **2,532** staff have recovered. There have been **168** federal inmate deaths and **2** BOP staff member deaths attributed to COVID-19 disease. Of the inmate deaths, **4** occurred while on home confinement.

Due to the rapidly evolving nature of this public health crisis, the BOP will update the open COVID-19 confirmed positive test numbers, recoveries, and the number of COVID-19 related deaths each weekday at 3:00 p.m. The positive test numbers are based on the most recently available **confirmed lab results** involving **open cases** from across the agency as reported by the BOP's Office of Occupational Health and Safety at 11:00 a.m. each day.  BOP field sites may report additional updates throughout the day. Data is subject to change based on additional reporting.

The BOP has begun additional testing of asymptomatic inmates to assist in slowing transmissions within a correctional setting. As such, our data reflects an increase in the number of COVID-19 positive tests reflected in the table below. The BOP is able to better utilize this information for the management of an outbreak at the relevant, affected facility.

The inmate totals listed do not include inmates participating in the Federal Location Monitoring program, inmates supervised under the USPO, or being held in privately-managed prisons or state facilities/jails. Additionally, the reference to the FCI Butner Low below refers to an isolation unit that is physically separated from the rest of the LSCI. References to RRCs include both individuals housed at the RRC and individuals on home confinement under the RRC's supervision.

| Facility ▲ | Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | State |
|---|---|---|---|---|---|---|---|---|
| ACS Corrections (RRC) | 0 | 0 | 1 | 0 | 1 | 0 | Del Valle | TX |
| ATalbert House Inc. (RRC) | 0 | 0 | 0 | 0 | 4 | 0 | Cincinnati | OH |
| Alderson FPC | 0 | 3 | 0 | 0 | 11 | 12 | Alderson | WV |
| Aliceville FCI | 4 | 8 | 0 | 0 | 47 | 9 | Aliceville | AL |
| Allenwood Low FCI | 152 | 9 | 0 | 0 | 23 | 2 | Allenwood | PA |
| Allenwood Medium FCI | 6 | 20 | 0 | 0 | 263 | 13 | White Deer | PA |
| Allenwood USP | 0 | 14 | 1 | 0 | 132 | 4 | Allenwood | PA |
| Alpha House of Springfield (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | Springfield | MO |
| Alston Wilkes Society (RRC) | 10 | 0 | 0 | 0 | 1 | 0 | Florence | SC |
| Alston Wilkes | 3 | 0 | 0 | 0 | 0 | 0 | Columbia | SC |

| Facility | | | | | | | City | State |
|---|---|---|---|---|---|---|---|---|
| GEO Group Inc. (RRC) | 2 | 0 | 0 | 0 | 1 | 0 | El Monte | CA |
| GEO Reentry Inc (RRC) | 1 | 0 | 0 | 0 | 0 | 0 | Los Angeles | CA |
| GEO Reentry of Alaska, Inc. (RRC) | 2 | 0 | 0 | 0 | 2 | 0 | Oakland | CA |
| GEO Reentry, Inc. (RRC) | 1 | 0 | 0 | 0 | 29 | 0 | Leavenworth | KS |
| Geo Care (RRC) | 4 | 0 | 0 | 0 | 4 | 0 | Las Vegas | NV |
| Gilmer FCI | 7 | 11 | 0 | 0 | 143 | 11 | Glenville | WV |
| Glynco | 0 | 1 | 0 | 0 | 0 | 1 | Glynco | GA |
| Grand Prairie | 0 | 25 | 0 | 0 | 0 | 1 | Grand Prairie | TX |
| Great Falls Pre-Release Center (RRC) | 0 | 0 | 0 | 0 | 9 | 0 | Great Falls | MT |
| Greenville FCI | 49 | 15 | 0 | 0 | 649 | 47 | Greenville | IL |
| Guaynabo MDC | 20 | 0 | 0 | 0 | 24 | 0 | Guaynabo | PR |
| Hampshire House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Manchester | NH |
| **Hazelton FCI** | **24** | **5** | **0** | **0** | **7** | **19** | **Bruceton Mills** | **WV** |
| Hazelton USP | 2 | 13 | 0 | 0 | 21 | 40 | Bruceton Mills | WV |
| Herlong FCI | 77 | 7 | 0 | 0 | 164 | 7 | Herlong | CA |
| Hillsborough County RRC (RRC) | 0 | 0 | 0 | 0 | 5 | 0 | Tampa | FL |
| Honolulu FDC | 2 | 1 | 0 | 0 | 3 | 2 | Honolulu | HI |
| Horizon House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Albany | NY |
| Houston FDC | 51 | 19 | 0 | 0 | 86 | 0 | Houston | TX |
| Human Service Center (RRC) | 2 | 0 | 0 | 0 | 5 | 0 | Peoria | IL |
| Jesup FCI | 2 | 19 | 1 | 0 | 423 | 3 | Jesup | GA |
| Keeton Corrections Inc (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Tallahassee | FL |

# COVID-19 Cases

12/17/2020 - The BOP has **124,353** federal inmates in BOP-managed institutions and **13,934** in community-based facilities. The BOP staff complement is approximately **36,000**. There are **6,043 federal inmates** and **1,693 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **27,112** inmates and **2,510** staff have recovered. There have been **167** federal inmate deaths and **2** BOP staff member deaths attributed to COVID-19 disease. Of the inmate deaths, **4** occurred while on home confinement.

Due to the rapidly evolving nature of this public health crisis, the BOP will update the open COVID-19 confirmed positive test numbers, recoveries, and the number of COVID-19 related deaths each weekday at 3:00 p.m. The positive test numbers are based on the most recently available **confirmed lab results** involving **open cases** from across the agency as reported by the BOP's Office of Occupational Health and Safety at 11:00 a.m. each day. BOP field sites may report additional updates throughout the day. Data is subject to change based on additional reporting.

The BOP has begun additional testing of asymptomatic inmates to assist in slowing transmissions within a correctional setting. As such, our data reflects an increase in the number of COVID-19 positive tests reflected in the table below. The BOP is able to better utilize this information for the management of an outbreak at the relevant, affected facility.

The inmate totals listed do not include inmates participating in the Federal Location Monitoring program, inmates supervised under the USPO, or being held in privately-managed prisons or state facilities/jails. Additionally, the reference to the FCI Butner Low below refers to an isolation unit that is physically separated from the rest of the LSCI. References to RRCs include both individuals housed at the RRC and individuals on home confinement under the RRC's supervision.

| Facility ▲ | Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | State |
|---|---|---|---|---|---|---|---|---|
| ACS Corrections (RRC) | 0 | 0 | 1 | 0 | 1 | 0 | Del Valle | TX |
| ATalbert House Inc. (RRC) | 0 | 0 | 0 | 0 | 4 | 0 | Cincinnati | OH |
| Alderson FPC | 1 | 3 | 0 | 0 | 10 | 12 | Alderson | WV |
| Aliceville FCI | 4 | 8 | 0 | 0 | 47 | 9 | Aliceville | AL |
| Allenwood Low FCI | 43 | 9 | 0 | 0 | 21 | 2 | Allenwood | PA |
| Allenwood Medium FCI | 6 | 20 | 0 | 0 | 263 | 13 | White Deer | PA |
| Allenwood USP | 0 | 14 | 1 | 0 | 133 | 4 | Allenwood | PA |
| Alpha House of Springfield (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | Springfield | MO |
| Alston Wilkes Society (RRC) | 10 | 0 | 0 | 0 | 1 | 0 | Florence | SC |
| Alston Wilkes | 3 | 0 | 0 | 0 | 0 | 0 | Columbia | SC |

| Facility | | | | | | | Location | State |
|---|---|---|---|---|---|---|---|---|
| GEO Reentry Inc (RRC) | 1 | 0 | 0 | 0 | 0 | 0 | Los Angeles | CA |
| GEO Reentry of Alaska, Inc. (RRC) | 3 | 0 | 0 | 0 | 1 | 0 | Oakland | CA |
| GEO Reentry, Inc. (RRC) | 0 | 0 | 0 | 0 | 29 | 0 | Leavenworth | KS |
| Geo Care (RRC) | 4 | 0 | 0 | 0 | 4 | 0 | Las Vegas | NV |
| Gilmer FCI | 9 | 11 | 0 | 0 | 141 | 11 | Glenville | WV |
| Glynco | 0 | 1 | 0 | 0 | 0 | 1 | Glynco | GA |
| Grand Prairie | 0 | 25 | 0 | 0 | 0 | 1 | Grand Prairie | TX |
| Great Falls Pre-Release Center (RRC) | 0 | 0 | 0 | 0 | 9 | 0 | Great Falls | MT |
| Greenville FCI | 27 | 15 | 0 | 0 | 650 | 47 | Greenville | IL |
| Guaynabo MDC | 20 | 0 | 0 | 0 | 24 | 0 | Guaynabo | PR |
| Hampshire House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Manchester | NH |
| **Hazelton FCI** | **24** | **5** | **0** | **0** | **7** | **19** | **Bruceton Mills** | **WV** |
| Hazelton USP | 2 | 13 | 0 | 0 | 21 | 40 | Bruceton Mills | WV |
| Herlong FCI | 90 | 7 | 0 | 0 | 148 | 7 | Herlong | CA |
| Hillsborough County RRC (RRC) | 0 | 0 | 0 | 0 | 5 | 0 | Tampa | FL |
| Honolulu FDC | 2 | 1 | 0 | 0 | 4 | 1 | Honolulu | HI |
| Horizon House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Albany | NY |
| Houston FDC | 49 | 19 | 0 | 0 | 80 | 0 | Houston | TX |
| Human Service Center (RRC) | 2 | 0 | 0 | 0 | 5 | 0 | Peoria | IL |
| Jesup FCI | 2 | 19 | 1 | 0 | 424 | 3 | Jesup | GA |
| Keeton Corrections Inc (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Tallahassee | FL |
| Keeton | | | | | | | | |

# COVID-19 Cases

**12/16/2020** - The BOP has **124,360** federal inmates in BOP-managed institutions and **13,841** in community-based facilities. The BOP staff complement is approximately **36,000**. There are **6,077 federal inmates** and **1,690 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **26,728** inmates and **2,473** staff have recovered. There have been **166** federal inmate deaths and **2** BOP staff member deaths attributed to COVID-19 disease. Of the inmate deaths, **4** occurred while on home confinement.

Due to the rapidly evolving nature of this public health crisis, the BOP will update the open COVID-19 confirmed positive test numbers, recoveries, and the number of COVID-19 related deaths each weekday at 3:00 p.m. The positive test numbers are based on the most recently available **confirmed lab results** involving **open cases** from across the agency as reported by the BOP's Office of Occupational Health and Safety at 11:00 a.m. each day.  BOP field sites may report additional updates throughout the day. Data is subject to change based on additional reporting.

The BOP has begun additional testing of asymptomatic inmates to assist in slowing transmissions within a correctional setting. As such, our data reflects an increase in the number of COVID-19 positive tests reflected in the table below. The BOP is able to better utilize this information for the management of an outbreak at the relevant, affected facility.

The inmate totals listed do not include inmates participating in the Federal Location Monitoring program, inmates supervised under the USPO, or being held in privately-managed prisons or state facilities/jails. Additionally, the reference to the FCI Butner Low below refers to an isolation unit that is physically separated from the rest of the LSCI. References to RRCs include both individuals housed at the RRC and individuals on home confinement under the RRC's supervision.

| Facility | Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | State |
|---|---|---|---|---|---|---|---|---|
| ACS Corrections (RRC) | 0 | 0 | 1 | 0 | 1 | 0 | Del Valle | TX |
| ATalbert House Inc. (RRC) | 0 | 0 | 0 | 0 | 4 | 0 | Cincinnati | OH |
| Alderson FPC | 1 | 3 | 0 | 0 | 10 | 12 | Alderson | WV |
| Aliceville FCI | 4 | 8 | 0 | 0 | 47 | 9 | Aliceville | AL |
| Allenwood Low FCI | 43 | 9 | 0 | 0 | 21 | 2 | Allenwood | PA |
| Allenwood Medium FCI | 6 | 19 | 0 | 0 | 263 | 13 | White Deer | PA |
| Allenwood USP | 0 | 14 | 1 | 0 | 133 | 4 | Allenwood | PA |
| Alpha House of Springfield (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | Springfield | MO |
| Alston Wilkes Society (RRC) | 10 | 0 | 0 | 0 | 1 | 0 | Florence | SC |
| Alston Wilkes | | | | | | | | |

| Facility | | | | | | | Location | State |
|---|---|---|---|---|---|---|---|---|
| Geo Care (RRC) | 4 | 0 | 0 | 0 | 4 | 0 | Las Vegas | NV |
| Gilmer FCI | 8 | 11 | 0 | 0 | 141 | 11 | Glenville | WV |
| Glynco | 0 | 1 | 0 | 0 | 0 | 1 | Glynco | GA |
| Grand Prairie | 0 | 25 | 0 | 0 | 0 | 1 | Grand Prairie | TX |
| Great Falls Pre-Release Center (RRC) | 0 | 0 | 0 | 0 | 9 | 0 | Great Falls | MT |
| Greenville FCI | 70 | 15 | 0 | 0 | 607 | 47 | Greenville | IL |
| Guaynabo MDC | 20 | 0 | 0 | 0 | 25 | 0 | Guaynabo | PR |
| Hampshire House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Manchester | NH |
| **Hazelton FCI** | **21** | **7** | **0** | **0** | **6** | **17** | **Bruceton Mills** | **WV** |
| Hazelton USP | 1 | 12 | 0 | 0 | 21 | 38 | Bruceton Mills | WV |
| Herlong FCI | 87 | 7 | 0 | 0 | 148 | 7 | Herlong | CA |
| Hillsborough County RRC (RRC) | 0 | 0 | 0 | 0 | 5 | 0 | Tampa | FL |
| Honolulu FDC | 2 | 1 | 0 | 0 | 4 | 1 | Honolulu | HI |
| Horizon House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Albany | NY |
| Houston FDC | 114 | 19 | 0 | 0 | 16 | 0 | Houston | TX |
| Human Service Center (RRC) | 2 | 0 | 0 | 0 | 5 | 0 | Peoria | IL |
| Jesup FCI | 2 | 19 | 1 | 0 | 424 | 3 | Jesup | GA |
| Keeton Corrections Inc (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Tallahassee | FL |
| Keeton Corrections Inc. (RRC) | 0 | 0 | 0 | 0 | 10 | 0 | Jacksonville | FL |
| Keeton Corrections, Inc. (Birmingham) | 2 | 0 | 0 | 0 | 0 | 0 | Birmingham | AL |
| Kintock Group, The (RRC) | 2 | 0 | 0 | 0 | 11 | 0 | Philadelphia | PA |

# COVID-19 Cases

**12/15/2020** - The BOP has **124,487** federal inmates in BOP-managed institutions and **13,835** in community-based facilities. The BOP staff complement is approximately **36,000**. There are **6,023 federal inmates** and **1,759 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **26,197** inmates and **2,398** staff have recovered. There have been **163** federal inmate deaths and **2** BOP staff member deaths attributed to COVID-19 disease. Of the inmate deaths, **4** occurred while on home confinement.

Due to the rapidly evolving nature of this public health crisis, the BOP will update the open COVID-19 confirmed positive test numbers, recoveries, and the number of COVID-19 related deaths each weekday at 3:00 p.m. The positive test numbers are based on the most recently available **confirmed lab results** involving **open cases** from across the agency as reported by the BOP's Office of Occupational Health and Safety at 11:00 a.m. each day. BOP field sites may report additional updates throughout the day. Data is subject to change based on additional reporting.

The BOP has begun additional testing of asymptomatic inmates to assist in slowing transmissions within a correctional setting. As such, our data reflects an increase in the number of COVID-19 positive tests reflected in the table below. The BOP is able to better utilize this information for the management of an outbreak at the relevant, affected facility.

The inmate totals listed do not include inmates participating in the Federal Location Monitoring program, inmates supervised under the USPO, or being held in privately-managed prisons or state facilities/jails. Additionally, the reference to the FCI Butner Low below refers to an isolation unit that is physically separated from the rest of the LSCI. References to RRCs include both individuals housed at the RRC and individuals on home confinement under the RRC's supervision.

| Facility ▲ | Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | State |
|---|---|---|---|---|---|---|---|---|
| ACS Corrections (RRC) | 0 | 0 | 1 | 0 | 1 | 0 | Del Valle | TX |
| ATalbert House Inc. (RRC) | 0 | 0 | 0 | 0 | 4 | 0 | Cincinnati | OH |
| Alderson FPC | 1 | 3 | 0 | 0 | 10 | 12 | Alderson | WV |
| Aliceville FCI | 4 | 8 | 0 | 0 | 47 | 9 | Aliceville | AL |
| Allenwood Low FCI | 57 | 9 | 0 | 0 | 2 | 2 | Allenwood | PA |
| Allenwood Medium FCI | 6 | 19 | 0 | 0 | 264 | 13 | White Deer | PA |
| Allenwood USP | 0 | 14 | 1 | 0 | 134 | 4 | Allenwood | PA |
| Alpha House of Springfield (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | Springfield | MO |
| Alston Wilkes Society (RRC) | 8 | 0 | 0 | 0 | 1 | 0 | Florence | SC |
| Alston Wilkes | | | | | | | | |

| Facility | | | | | | | Location | State |
|---|---|---|---|---|---|---|---|---|
| Gilmer FCI | 8 | 11 | 0 | 0 | 142 | 11 | Glenville | WV |
| Glynco | 0 | 1 | 0 | 0 | 0 | 1 | Glynco | GA |
| Grand Prairie | 0 | 25 | 0 | 0 | 0 | 1 | Grand Prairie | TX |
| Great Falls Pre-Release Center (RRC) | 0 | 0 | 0 | 0 | 9 | 0 | Great Falls | MT |
| Greenville FCI | 65 | 15 | 0 | 0 | 609 | 47 | Greenville | IL |
| Guaynabo MDC | 20 | 0 | 0 | 0 | 25 | 0 | Guaynabo | PR |
| Hampshire House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Manchester | NH |
| **Hazelton FCI** | **17** | **8** | **0** | **0** | **6** | **16** | **Bruceton Mills** | **WV** |
| Hazelton USP | 1 | 18 | 0 | 0 | 21 | 31 | Bruceton Mills | WV |
| Herlong FCI | 49 | 7 | 0 | 0 | 146 | 7 | Herlong | CA |
| Hillsborough County RRC (RRC) | 0 | 0 | 0 | 0 | 5 | 0 | Tampa | FL |
| Honolulu FDC | 2 | 1 | 0 | 0 | 4 | 1 | Honolulu | HI |
| Horizon House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Albany | NY |
| Houston FDC | 109 | 19 | 0 | 0 | 16 | 0 | Houston | TX |
| Human Service Center (RRC) | 2 | 0 | 0 | 0 | 5 | 0 | Peoria | IL |
| Jesup FCI | 3 | 19 | 1 | 0 | 425 | 3 | Jesup | GA |
| Keeton Corrections Inc (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Tallahassee | FL |
| Keeton Corrections Inc. (RRC) | 0 | 0 | 0 | 0 | 10 | 0 | Jacksonville | FL |
| Keeton Corrections, Inc. | 2 | 0 | 0 | 0 | 0 | 0 | Birmingham | AL |
| Kintock Group, The (RRC) | 2 | 0 | 0 | 0 | 11 | 0 | Philadelphia | PA |
| La Tuna FCI | 39 | 16 | 2 | 0 | 504 | 44 | Anthony | TX |
| Lake Region Law | 4 | 0 | 0 | 0 | 0 | 0 | Devils Lake | ND |

# COVID-19 Cases

12/11/2020 - The BOP has **124,611** federal inmates in BOP-managed institutions and **14,017** in community-based facilities. The BOP staff complement is approximately **36,000**. There are **7,166 federal inmates** and **1,716 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **23,745** inmates and **2,291** staff have recovered. There have been **155** federal inmate deaths and **2** BOP staff member deaths attributed to COVID-19 disease. Of the inmate deaths, **4** occurred while on home confinement.

> Due to the rapidly evolving nature of this public health crisis, the BOP will update the open COVID-19 confirmed positive test numbers, recoveries, and the number of COVID-19 related deaths each weekday at 3:00 p.m. The positive test numbers are based on the most recently available **confirmed lab results** involving **open cases** from across the agency as reported by the BOP's Office of Occupational Health and Safety at 11:00 a.m. each day.   BOP field sites may report additional updates throughout the day. Data is subject to change based on additional reporting.
>
> The BOP has begun additional testing of asymptomatic inmates to assist in slowing transmissions within a correctional setting. As such, our data reflects an increase in the number of COVID-19 positive tests reflected in the table below. The BOP is able to better utilize this information for the management of an outbreak at the relevant, affected facility.
>
> The inmate totals listed do not include inmates participating in the Federal Location Monitoring program, inmates supervised under the USPO, or being held in privately-managed prisons or state facilities/jails. Additionally, the reference to the FCI Butner Low below refers to an isolation unit that is physically separated from the rest of the LSCI. References to RRCs include both individuals housed at the RRC and individuals on home confinement under the RRC's supervision.

| Facility ▲ | Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | State |
|---|---|---|---|---|---|---|---|---|
| ACS Corrections (RRC) | 0 | 0 | 1 | 0 | 1 | 0 | Del Valle | TX |
| ATalbert House Inc. (RRC) | 0 | 0 | 0 | 0 | 4 | 0 | Cincinnati | OH |
| Alderson FPC | 1 | 6 | 0 | 0 | 10 | 6 | Alderson | WV |
| Aliceville FCI | 3 | 8 | 0 | 0 | 47 | 9 | Aliceville | AL |
| Allenwood Low FCI | 23 | 9 | 0 | 0 | 1 | 2 | Allenwood | PA |
| Allenwood Medium FCI | 47 | 14 | 0 | 0 | 224 | 13 | White Deer | PA |
| Allenwood USP | 0 | 14 | 1 | 0 | 134 | 4 | Allenwood | PA |
| Alpha House of Springfield (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | Springfield | MO |
| Alston Wilkes Society (RRC) | 1 | 0 | 0 | 0 | 1 | 0 | Florence | SC |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GEO Reentry of Alaska, Inc. (RRC) | 4 | 0 | 0 | 0 | 0 | 0 | Oakland | CA |
| GEO Reentry, Inc. (RRC) | 7 | 0 | 0 | 0 | 23 | 0 | Leavenworth | KS |
| Geo Care (RRC) | 4 | 0 | 0 | 0 | 5 | 0 | Las Vegas | NV |
| Gilmer FCI | 8 | 11 | 0 | 0 | 141 | 11 | Glenville | WV |
| Glynco | 0 | 1 | 0 | 0 | 0 | 1 | Glynco | GA |
| Grand Prairie | 0 | 25 | 0 | 0 | 0 | 1 | Grand Prairie | TX |
| Great Falls Pre-Release Center (RRC) | 0 | 0 | 0 | 0 | 9 | 0 | Great Falls | MT |
| Greenville FCI | 23 | 17 | 0 | 0 | 612 | 43 | Greenville | IL |
| Guaynabo MDC | 19 | 0 | 0 | 0 | 25 | 0 | Guaynabo | PR |
| Hampshire House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Manchester | NH |
| **Hazelton FCI** | **4** | **6** | **0** | **0** | **6** | **16** | **Bruceton Mills** | **WV** |
| Hazelton USP | 5 | 15 | 0 | 0 | 17 | 31 | Bruceton Mills | WV |
| Herlong FCI | 27 | 7 | 0 | 0 | 146 | 7 | Herlong | CA |
| Hillsborough County RRC (RRC) | 0 | 0 | 0 | 0 | 5 | 0 | Tampa | FL |
| Honolulu FDC | 0 | 1 | 0 | 0 | 4 | 1 | Honolulu | HI |
| Horizon House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Albany | NY |
| Houston FDC | 83 | 17 | 0 | 0 | 16 | 0 | Houston | TX |
| Human Service Center (RRC) | 5 | 0 | 0 | 0 | 2 | 0 | Peoria | IL |
| Jesup FCI | 15 | 19 | 1 | 0 | 412 | 3 | Jesup | GA |
| Keeton Corrections Inc (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Tallahassee | FL |
| Keeton Corrections Inc. (RRC) | 0 | 0 | 0 | 0 | 11 | 0 | Jacksonville | FL |
| Keeton Corrections | | | | | | | | |

# COVID-19 Cases

**12/10/2020** - The BOP has **124,553** federal inmates in BOP-managed institutions and **13,958** in community-based facilities. The BOP staff complement is approximately **36,000**. There are **6,882 federal inmates** and **1,743 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **23,556** inmates and **2,199** staff have recovered. There have been **154** federal inmate deaths and **2** BOP staff member deaths attributed to COVID-19 disease. Of the inmate deaths, **4** occurred while on home confinement.

Due to the rapidly evolving nature of this public health crisis, the BOP will update the open COVID-19 confirmed positive test numbers, recoveries, and the number of COVID-19 related deaths each weekday at 3:00 p.m. The positive test numbers are based on the most recently available **confirmed lab results** involving **open cases** from across the agency as reported by the BOP's Office of Occupational Health and Safety at 11:00 a.m. each day. BOP field sites may report additional updates throughout the day. Data is subject to change based on additional reporting.

The BOP has begun additional testing of asymptomatic inmates to assist in slowing transmissions within a correctional setting. As such, our data reflects an increase in the number of COVID-19 positive tests reflected in the table below. The BOP is able to better utilize this information for the management of an outbreak at the relevant, affected facility.

The inmate totals listed do not include inmates participating in the Federal Location Monitoring program, inmates supervised under the USPO, or being held in privately-managed prisons or state facilities/jails. Additionally, the reference to the FCI Butner Low below refers to an isolation unit that is physically separated from the rest of the LSCI. References to RRCs include both individuals housed at the RRC and individuals on home confinement under the RRC's supervision.

| Facility ▲ | Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | State |
|---|---|---|---|---|---|---|---|---|
| ACS Corrections (RRC) | 0 | 0 | 1 | 0 | 1 | 0 | Del Valle | TX |
| ATalbert House Inc. (RRC) | 0 | 0 | 0 | 0 | 4 | 0 | Cincinnati | OH |
| Alderson FPC | 1 | 6 | 0 | 0 | 10 | 6 | Alderson | WV |
| Aliceville FCI | 4 | 8 | 0 | 0 | 47 | 9 | Aliceville | AL |
| Allenwood Low FCI | 23 | 8 | 0 | 0 | 1 | 2 | Allenwood | PA |
| Allenwood Medium FCI | 47 | 13 | 0 | 0 | 225 | 13 | White Deer | PA |
| Allenwood USP | 1 | 13 | 1 | 0 | 133 | 3 | Allenwood | PA |
| Alpha House of Springfield (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | Springfield | MO |
| Alston Wilkes Society (RRC) | 1 | 0 | 0 | 0 | 0 | 0 | Columbia | SC |
| Alston Wilkes Society (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Florence | SC |

| Facility | | | | | | | City | State |
|---|---|---|---|---|---|---|---|---|
| of Alaska, Inc. (RRC) | 4 | 0 | 0 | 0 | 0 | 0 | Oakland | CA |
| GEO Reentry, Inc. (RRC) | 7 | 0 | 0 | 0 | 23 | 0 | Leavenworth | KS |
| Geo Care (RRC) | 4 | 0 | 0 | 0 | 5 | 0 | Las Vegas | NV |
| Gilmer FCI | 8 | 9 | 0 | 0 | 141 | 11 | Glenville | WV |
| Glynco | 0 | 1 | 0 | 0 | 0 | 1 | Glynco | GA |
| Grand Prairie | 0 | 25 | 0 | 0 | 0 | 1 | Grand Prairie | TX |
| Great Falls Pre-Release Center (RRC) | 0 | 0 | 0 | 0 | 9 | 0 | Great Falls | MT |
| Greenville FCI | 16 | 17 | 0 | 0 | 613 | 43 | Greenville | IL |
| Guaynabo MDC | 18 | 0 | 0 | 0 | 25 | 0 | Guaynabo | PR |
| Hampshire House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Manchester | NH |
| **Hazelton FCI** | **4** | **6** | **0** | **0** | **6** | **16** | **Bruceton Mills** | **WV** |
| Hazelton USP | 5 | 16 | 0 | 0 | 17 | 29 | Bruceton Mills | WV |
| Herlong FCI | 24 | 7 | 0 | 0 | 146 | 7 | Herlong | CA |
| Hillsborough County RRC (RRC) | 0 | 0 | 0 | 0 | 5 | 0 | Tampa | FL |
| Honolulu FDC | 0 | 1 | 0 | 0 | 4 | 1 | Honolulu | HI |
| Horizon House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Albany | NY |
| Houston FDC | 83 | 16 | 0 | 0 | 15 | 0 | Houston | TX |
| Human Service Center (RRC) | 5 | 0 | 0 | 0 | 2 | 0 | Peoria | IL |
| Jesup FCI | 15 | 19 | 1 | 0 | 413 | 3 | Jesup | GA |
| Keeton Corrections Inc (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Tallahassee | FL |
| Keeton Corrections Inc. (RRC) | 0 | 0 | 0 | 0 | 11 | 0 | Jacksonville | FL |
| Keeton Corrections, Inc. | 1 | 0 | 0 | 0 | 0 | 0 | Birmingham | AL |

# COVID-19 Cases

12/09/2020 - The BOP has **124,572** federal inmates in BOP-managed institutions and **13,915** in community-based facilities. The BOP staff complement is approximately **36,000**. There are **6,477 federal inmates** and **1,662 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **23,447** inmates and **2,185** staff have recovered. There have been **153** federal inmate deaths and **2** BOP staff member deaths attributed to COVID-19 disease. Of the inmate deaths, **4** occurred while on home confinement.

Due to the rapidly evolving nature of this public health crisis, the BOP will update the open COVID-19 confirmed positive test numbers, recoveries, and the number of COVID-19 related deaths each weekday at 3:00 p.m. The positive test numbers are based on the most recently available **confirmed lab results** involving **open cases** from across the agency as reported by the BOP's Office of Occupational Health and Safety at 11:00 a.m. each day. BOP field sites may report additional updates throughout the day. Data is subject to change based on additional reporting.

The BOP has begun additional testing of asymptomatic inmates to assist in slowing transmissions within a correctional setting. As such, our data reflects an increase in the number of COVID-19 positive tests reflected in the table below. The BOP is able to better utilize this information for the management of an outbreak at the relevant, affected facility.

The inmate totals listed do not include inmates participating in the Federal Location Monitoring program, inmates supervised under the USPO, or being held in privately-managed prisons or state facilities/jails. Additionally, the reference to the FCI Butner Low below refers to an isolation unit that is physically separated from the rest of the LSCI. References to RRCs include both individuals housed at the RRC and individuals on home confinement under the RRC's supervision.

| Facility ▲ | Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | State |
|---|---|---|---|---|---|---|---|---|
| ACS Corrections (RRC) | 0 | 0 | 1 | 0 | 1 | 0 | Del Valle | TX |
| ATalbert House Inc. (RRC) | 0 | 0 | 0 | 0 | 4 | 0 | Cincinnati | OH |
| Alderson FPC | 1 | 6 | 0 | 0 | 10 | 6 | Alderson | WV |
| Aliceville FCI | 4 | 8 | 0 | 0 | 47 | 9 | Aliceville | AL |
| Allenwood Low FCI | 22 | 6 | 0 | 0 | 1 | 2 | Allenwood | PA |
| Allenwood Medium FCI | 46 | 11 | 0 | 0 | 225 | 13 | White Deer | PA |
| Allenwood USP | 3 | 13 | 0 | 0 | 131 | 2 | Allenwood | PA |
| Alpha House of Springfield (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | Springfield | MO |
| Alston Wilkes Society (RRC) | 1 | 0 | 0 | 0 | 0 | 0 | Columbia | SC |
| Alston Wilkes Society (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Florence | SC |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GEO Reentry, Inc. (RRC) | 7 | 0 | 0 | 0 | 23 | 0 | Leavenworth | KS |
| Geo Care (RRC) | 4 | 0 | 0 | 0 | 5 | 0 | Las Vegas | NV |
| Gilmer FCI | 7 | 7 | 0 | 0 | 140 | 10 | Glenville | WV |
| Glynco | 0 | 1 | 0 | 0 | 0 | 1 | Glynco | GA |
| Grand Prairie | 0 | 25 | 0 | 0 | 0 | 1 | Grand Prairie | TX |
| Great Falls Pre-Release Center (RRC) | 0 | 0 | 0 | 0 | 9 | 0 | Great Falls | MT |
| Greenville FCI | 17 | 16 | 0 | 0 | 613 | 43 | Greenville | IL |
| Guaynabo MDC | 18 | 0 | 0 | 0 | 25 | 0 | Guaynabo | PR |
| Hampshire House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Manchester | NH |
| Hazelton FCI | 2 | 6 | 0 | 0 | 6 | 16 | Bruceton Mills | WV |
| Hazelton USP | 4 | 15 | 0 | 0 | 17 | 29 | Bruceton Mills | WV |
| Herlong FCI | 48 | 6 | 0 | 0 | 122 | 7 | Herlong | CA |
| Hillsborough County RRC (RRC) | 0 | 0 | 0 | 0 | 5 | 0 | Tampa | FL |
| Honolulu FDC | 0 | 1 | 0 | 0 | 4 | 1 | Honolulu | HI |
| Horizon House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Albany | NY |
| Houston FDC | 82 | 15 | 0 | 0 | 15 | 0 | Houston | TX |
| Human Service Center (RRC) | 5 | 0 | 0 | 0 | 2 | 0 | Peoria | IL |
| Jesup FCI | 15 | 19 | 1 | 0 | 413 | 3 | Jesup | GA |
| Keeton Corrections Inc (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Tallahassee | FL |
| Keeton Corrections Inc. (RRC) | 0 | 0 | 0 | 0 | 11 | 0 | Jacksonville | FL |
| Kintock Group, The (RRC) | 1 | 0 | 0 | 0 | 12 | 0 | Philadelphia | PA |
| La Tuna FCI | 75 | 17 | 1 | 0 | 420 | 40 | Anthony | TX |

Case 2:16-cr-20291-NGE-EAS   ECF No. 53-1, PageID.1498   Filed 12/23/20   Page 17 of 18

# COVID-19 Cases

**12/08/2020** - The BOP has **124,616** federal inmates in BOP-managed institutions and **13,909** in community-based facilities. The BOP staff complement is approximately **36,000**. There are **6,440 federal inmates** and **1,647 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **22,724** inmates and **2,142** staff have recovered. There have been **153** federal inmate deaths and **2** BOP staff member deaths attributed to COVID-19 disease. Of the inmate deaths, **4** occurred while on home confinement.

Due to the rapidly evolving nature of this public health crisis, the BOP will update the open COVID-19 confirmed positive test numbers, recoveries, and the number of COVID-19 related deaths each weekday at 3:00 p.m. The positive test numbers are based on the most recently available **confirmed lab results** involving **open cases** from across the agency as reported by the BOP's Office of Occupational Health and Safety at 11:00 a.m. each day. BOP field sites may report additional updates throughout the day. Data is subject to change based on additional reporting.

The BOP has begun additional testing of asymptomatic inmates to assist in slowing transmissions within a correctional setting. As such, our data reflects an increase in the number of COVID-19 positive tests reflected in the table below. The BOP is able to better utilize this information for the management of an outbreak at the relevant, affected facility.

The inmate totals listed do not include inmates participating in the Federal Location Monitoring program, inmates supervised under the USPO, or being held in privately-managed prisons or state facilities/jails. Additionally, the reference to the FCI Butner Low below refers to an isolation unit that is physically separated from the rest of the LSCI. References to RRCs include both individuals housed at the RRC and individuals on home confinement under the RRC's supervision.

| Facility | Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | State |
|---|---|---|---|---|---|---|---|---|
| ACS Corrections (RRC) | 0 | 0 | 1 | 0 | 1 | 0 | Del Valle | TX |
| ATalbert House Inc. (RRC) | 0 | 0 | 0 | 0 | 4 | 0 | Cincinnati | OH |
| Alderson FPC | 0 | 6 | 0 | 0 | 10 | 6 | Alderson | WV |
| Aliceville FCI | 4 | 8 | 0 | 0 | 47 | 9 | Aliceville | AL |
| Allenwood Low FCI | 21 | 6 | 0 | 0 | 1 | 2 | Allenwood | PA |
| Allenwood Medium FCI | 45 | 9 | 0 | 0 | 225 | 13 | White Deer | PA |
| Allenwood USP | 3 | 13 | 0 | 0 | 132 | 2 | Allenwood | PA |
| Alpha House of Springfield (RRC) | 0 | 0 | 0 | 0 | 3 | 0 | Springfield | MO |
| Alston Wilkes Society (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Florence | SC |
| Alternatives Incorporated | 1 | 0 | 0 | 0 | 2 | 0 | Billings | MT |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Gilmer FCI | 11 | 2 | 0 | 0 | 133 | 10 | Glenville | WV |
| Glynco | 0 | 1 | 0 | 0 | 0 | 1 | Glynco | GA |
| Grand Prairie | 0 | 25 | 0 | 0 | 0 | 1 | Grand Prairie | TX |
| Great Falls Pre-Release Center (RRC) | 0 | 0 | 0 | 0 | 9 | 0 | Great Falls | MT |
| Greenville FCI | 18 | 16 | 0 | 0 | 612 | 43 | Greenville | IL |
| Guaynabo MDC | 17 | 0 | 0 | 0 | 25 | 0 | Guaynabo | PR |
| Hampshire House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Manchester | NH |
| Hazelton FCI | 3 | 4 | 0 | 0 | 5 | 16 | Bruceton Mills | WV |
| Hazelton USP | 4 | 15 | 0 | 0 | 17 | 29 | Bruceton Mills | WV |
| Herlong FCI | 148 | 7 | 0 | 0 | 22 | 6 | Herlong | CA |
| Hillsborough County RRC (RRC) | 0 | 0 | 0 | 0 | 5 | 0 | Tampa | FL |
| Honolulu FDC | 2 | 1 | 0 | 0 | 2 | 1 | Honolulu | HI |
| Horizon House (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Albany | NY |
| Houston FDC | 79 | 15 | 0 | 0 | 15 | 0 | Houston | TX |
| Human Service Center (RRC) | 5 | 0 | 0 | 0 | 2 | 0 | Peoria | IL |
| Jesup FCI | 15 | 19 | 1 | 0 | 413 | 3 | Jesup | GA |
| Keeton Corrections Inc (RRC) | 0 | 0 | 0 | 0 | 1 | 0 | Tallahassee | FL |
| Keeton Corrections Inc. (RRC) | 0 | 0 | 0 | 0 | 11 | 0 | Jacksonville | FL |
| Kintock Group, The (RRC) | 1 | 0 | 0 | 0 | 12 | 0 | Philadelphia | PA |
| La Tuna FCI | 117 | 20 | 1 | 0 | 377 | 37 | Anthony | TX |
| Lake Region Law Enforcement CE (RRC) | 4 | 0 | 0 | 0 | 0 | 0 | Devils Lake | ND |